



## Importance of PLUGGING IN

- There is **a DIRECT CORRELATION** between the amount of people you bring to an event and your position in the Herbalife Marketing Plan! Invest time, money, and energy in to learning your products and your business and it will pay you back a thousand times over (literally).
- Your people (downline) need the **training and information** that you cannot give them. It is impossible to explain (or re-create) the excitement and impact of 300, 400, 500+ people in a room, all excited and talking about their results and how Herbalife has changed their lives.
- **Credibility.** Exposure to others (other than their inner circle) in the business, expecially the $$ earners makes more of an impact on a new person. It broadens the vision and allows people to see the 'big picture.'
- **Belief.** Seeing people and attending trainings monthly, qualifying for promotions and events cements belief. Not just in the company or the business, but in ourselves and our own abilities to do the business.
- **The "AHA MOMENT."** When people attend big events, especially corporate events, this is usually where the "AHA" moment happens. Someone says just the right thing, in just the right way and it clicks…..and changes everything for a distributor. Part timers turn in to full timers, dreams are validated and cemented, understanding is deepened, and commitments are made. Talk to any successful Herbalifer and they will all tell you this. Don't reinvent the wheel…get the training!!!
- **Surround yourself** with positive people on the same path as you- it DOES make a difference!

MOST IMPORTANT: *If YOU do not plug in, your people will not plug in!*
(You will learn how important attendance at events are as soon as you start growing an organization!)





