

















# Meeting Management- STS



- **Importance of STS**

- **Stats- NAM**

- **Philosophy**

- **How to Start**

- **How to Grow an Event**

# NAM STS Results



| | |
|---|---|
| **2013 YTD Totals** | **61634\*\***<br>**\*\*Nov and Dec still to be calculated and added to total!** |
| **2012 YTD Totals** | **64931** |
| **2011 YTD Totals** | **40124** |
| **2010 YTD Totals** | **26840** |
| **YTD % Growth 2012 to 2013** | Not yet complete, on track for continued growth! |
| **YTD % Growth 2011 to 2012** | **61.83%** |
| **YTD % Growth 2010 to 2011** | **49.49%** |

# 2010 to 2013
# Approximately New Tab team members

## 18 New Presidents Team (6 a year)

## 35 New Millionaire Team (10 a year)

## 86 new GET Team ( 28 a year)

( Information supplied by Local Leadership)

# History

**Review 2010- 2013 Growth**

| | 2010 | 2011 | 2012 | 2013 | LDW (70%) | 2014 |
|---|---|---|---|---|---|---|
| • **January Spect** | 366 | 554 | 1008 | 1300 | (28.9%) | 2210 |
| • **February** | 257 | 386 | 572 | 1341 | | |
| • **March** | 383 | 380 | 764 | 1406 | | |
| • **April LDW** | 357 | 662 | 984 | 1800 | (82.9%) | 3060 |
| • **May** | 268 | 384 | 924 | 1484 | | |
| • **June** | 300 | 387 | 866 | 1196 | | |
| • **July LDW** | 414 | 704 | 1042 | 2100 | (101%) | 3570 |
| • **August** | 342 | 440 | 936 | 1692 | | |
| • **September** | 314 | 479 | 980 | 1586 | | |
| • **November** | 355 | 700 | 1220 | 1850 | **(LB, OC)** | |
| • **December** | 320 | 705 | 1080 | ( 1800? ) | | |
| **Totals** | 2539 | 3866 | 7343 | (12355) | (60%) | |

16

# *Personal Philosophy*



-*We Love Herbalife !*

-*We have been given so much !*

-*"When much has been given much is expected!"*

-*We feel its our obligation to give back!*

-*Everything that we get we have a grateful heart!*

-*Grateful that we have so many amazing organizations to work with!!*

-*We try to never have the attitude "What's in it for me?"*

-*Mark's promise, Herbalife's responibilities*

　　-*Provide the best PRODUCTS'*

　　-*Provide the best Opportunity*

　　-*Always pay us our checks on time!*

　　-*Everything else is a BONUS!!*

# *STS Philosophy*

## **Mark Hughes**





# *STS Philosophy*



### *Philosophy*

-Imagination -  Inspiration -  Information

-80% inspiration-20% information ("if they can do it")

-It's not about me!

-We are only the messenger, not the message

-We focus on the best messages (stories) to build the business (DMO)

-We all work together as "one" team HERBLIFE

-It's a place to grow Leadership

-New people are the most important.

-( Free, 2 "fer" deal)

- Engage team leaders, volunteers  (Take ownership)

-Make people feel good about themselves, you and Herbalife



# *SoCalSTS.com*

## Southern California STS Expansion

# *SoCal STS  Goals*

1.  Goal – Expand into multiple location, Create new ones

2.  Supported by a Regional Leadership Team

3.  Common Goals / Philosophy

4.  Create room for new leaders

5.  Standardized Message ( Everything works)

6.  Standardized Training Decks, builds confidence

7.  Better Leadership Communication (Region)

8.  Resource support- (training materials, guest speaker requests , leadership support,  )

9.  Regional  Recognition

10.  Regional Promotions : New Guests, New front line.

# 1. Resources

## a. Standard Training Decks (approved)

## b. HOM's (approved)

## c. STS Agendas

1. HOM

2. Product-Core/24 – targeted products

3. Retail-Rec-Retention (Package, Use,wear,talk)

4. Marketing / Recognition

5. Team Building / Leadership

6. Ethics

7. Personal Development – ( Responsibilities)

8. Next Steps – Promotions – Action Steps



# *Starting a new STS*



1. **Make a Decision (Does it make sense)**
2. **Engage Local leadership**
3. **Establish a Philosophy, common goals**
4. **Start small ( Quickstart. )(2.5 hr)**
5. **Develop budget**
6. **Locate resources , communities centers, meeting rm restaurants, churches, be flexible !**
7. **Engage your team as volunteers, develops ownership, develops leaders**
8. **Focus on inviting guests**
9. **Establish agenda (Quickstart, or STS).**
10. **Your focus should be " Give Back First"**

# *Panel*



*Nick Morrow – Millionaire Team*

*Kristi Roberts – Millionaire Team*

*Grant Shelly – Presidents Team*

*Jake Dwyer – 20K Executive Presidents Team*

- **Goals?**

- **NAM did over 1 Billon Sales 2013**

- **STS – approx. 90,000 attendees**

- **NAM  Goal 2 Billon**

- **STS need to increase to 180,000**



- # What's it going to take to make this happen?

  1. **Leaders in in an area stepping up and taking responsibility**
  2. **Commitment, to do it "until"**
  3. **Team effort**
  4. **Leave "EGO"S at the door (it's not about me)**
  5. **Understanding that we all have different personalities**
  6. **Everyone committed to a  common "Philosophy"**
  7. **Give back first !!! Attitude, Not whats in it for me**
  8. **Make the focus about the new guest or member**
  9. # Everyone working to protect Herbalife!



54

# STS History



• Tuesday- Thursday-Saturday-Training (Big Growth)

• Invitation – Presentation- Decision (Big Growth)

• Mark's Organization most meetings were "FREE" (Big Growth)

• His team organized meetings- He supported (Big growth)

• Corporate Run – Distributor Support (Marginal Growth)

• Systems / Internet (Flat Growth) Fewer Meetings

• Distributor Run /Corporate support (Marginal Growth) "Distributors took ownership"

• 2009 FPTR  - Dan Waldron – "Leadership Took Ownership"

• Results !!

