

If you're wondering how to boost your Herbalife business, but you've yet to attend a Success Training Seminar (STS), now's the time! These crucial events provide you with the skills you need to take it to the next level. After all, with the right training, anything is possible, especially when it comes to setting new records, like being the first region ever to reach a billion dollars in sales!

That's why the STS's are the key to help make your business grow, and to helping others achieve success. "STS's are enough to make a new person say, 'I want to be part of this. I can do this!'" says Mark Matika, Executive President's Team 15K member, who has been an Herbalife Independent Distributor for more than 29 years.

"In 1982 we had the Supervisor's Schools; they were monthly trainings like the STS's," he says. "That's when the first wave [of growth] happened. Then the second wave came in the '90s, and my income almost tripled. It was phenomenal. And now, we are in the beginning of the third wave of Herbalife, so all of you out there: You are in the right place at the right time!"

According to Mark, timing is everything. "This third wave has started in 2010, and I want to give you some statistics just to validate what's happening in North America right now," says Mark. "In 2009, we only had 15 STS's and about 7,500 attendees. And what we did, we built up to about 45 STS's, and had 28,588 people in attendance."

"The new goal for this year is 100,000 people attending the STS's, and we're going to pull that off!" affirms Mark. This is an exponential growth that will make North America the first region to achieve its goal and establish a new world record!

### Why do the STS's work so well?

"In an STS, people can feel the soul of Herbalife," says Sergio de la Cruz, Millionaire Team member, and one of Tampa's STS coordinators. "In these events, Distributors and prospects alike learn and reinforce the basic concepts to grow their business."

Since its first collective STS, in which local leaders joined forces to create one big event, Tampa's Volume has grown 54 percent. "Keep in mind that an STS is a team effort, so get



involved with your local support system. If you work to make your support system grow, your support system will work to make you grow," Sergio adds.

**But what if there's no STS in your city?**

Then you have a tremendous opportunity. "The way this works is you've got to start somewhere," says Mark. "A lot of people start in their home, they get a little group together, and before you know it, they have an Herbalife Opportunity Meeting, which works up to a QuickStart, until they finally get an STS."

If you don't have an STS locally, Mark recommends going to the one nearest you and learning from it, so you can start your own. "Don't panic and worry that 'there's not enough people in my town; I want to be in a big city'. You can be in a town of 10,000 people and get a few President's Team members right in that town, so you are perfect, exactly where you are, as long as you work with integrity."

**For more helpful resources, visit MyHerbalife.com.**

## How can you build an STS?

- Get connected to your local Herbalife support system by asking your upline or reviewing the monthly training schedule at MyHerbalife.com. You will find all the information you need to contact other Distributors and attend to their meetings.
- If you don't have an STS locally, go to the one nearest you. Visit the Herbalife Event Calendar at HerbalifeEvents.com to find the most convenient dates and locations for you.
- Talk to the STS's coordinators and get involved with the event organization. Take some ownership and learn the logistics until you can bring the knowledge back to your area to start your own.
- Once you've coordinated and set up the next STS in your city, establish a goal of attendance, and split the tasks among your team.
- Finally, promote your event and invite as many people as you can!

### Also listen to these informative calls:

| STS Catch the Wave Momentum Calls (6:30 p.m. PST) | Dates: |
|---|---|
| | 05/09/2011 |
| | 06/06/2011 |
| Participants:  866-903-5314 | 07/11/2011 |
| International:  706-634-5671 | 08/08/2011 |
| | 09/06/2011 |
| | 11/07/2011 |
| | 12/12/2011 |