

# RIDE THE WAVE – Promotion Call
## Monday, September 24 at 6:30 p.m. PDT
### Toll-free: 866-394-0693
### International: 706-634-5671

**Featuring…**



**Dani & Graeme Edwards**
*Executive President's Team 30K*



**Enrique Carrillo**
*President's Team 20K*

**And…**
**Brian McCartney**
*Millionaire Team*



**Danielle Bernal**
*Active World Team*

**Ride the Wave to Extravaganza 2012!**
Level Ten Herbalife leaders sharing STS success secrets to take your business to Level Ten!
**Ride the momentum of the Herbalife STS Wave!**