Facebook

Heather Gregg added a photo in Herbalife 2-4-1.

 **Heather Gregg**
May 29 at 9:16am

This was posted by new presidents team member, Bill Garvey & reposted by Pres Team Lori Baker.

THE pathway to advancing in the business can ONLY be done by attending the events and bringing people with you.

Be SURE you have your calendar filled with the dates of all events first... then plan in everything else around those dates.

Extravaganza is the BIGGEST and MOST IMPORTANT event to attend. Be sure you've made your arrangements and have your ticket!!



This was posted by new presidents team member, Bill Garvey & reposted by Pres Team Lori Baker.

THE ...

👍 Like          💬 Comment