

# MIAMI, FL
# Success Training Seminar
*August 6th 2016*

## AGENDA

6:00am Production Team & Pre-meeting.
7:30am Speakers Meeting
8:30-9:45am Leadership Section (Supervisor and up)
**Doors Close at 8:45am**

10:00am HOM Free For Guest Only

12:00pm Lunch

12:15-3:00pm Seminar (members with entry fee only)

## Special VIP Seating and Treatment

•To qualify for VIP for this STS it is 10,000 Personal Volume Points in the month of July 2016
• To SEAT VIP:
MUST EMAIL PROOF (take a picture of your name and July's TVP) to miamivipsts@gmail.com
NO LATER THAN August 3th


Like us on: facebook. MIAMI STS

**NEXT EVENTS**
STS Sept 3rd





# Karim Ali
Millionaire Team Member

Before Herbalife I was an over worked Sports Director with very poor eating habits. I was a personal trainer by day and a struggling Hip Hop Artist by night. Working consistently thirteen to fifteen hours per days, it was still difficult to meet all expenses. In October 2012 I decided to start taking Herbalife Nutrition. The tea gave me an amazing burst of energy and the cookies and cream shake was so delicious. After attending Extravaganza, I jumped on the Herbalife 24 line, and started seeing drastic changes in my body almost instantly. Along with my amazing transformation, managing to drop my body fat by 10% and a total gain of 39lbs of lean muscle mass, my family started getting outstanding results as well. All of it led to match my income in only two months without really understanding the business fully. Just by recommending the nutrition to my circle of influence and my local community, I was generating over $4000 extra. In January 2013, after another amazing event, I was so blown away by the testimonies that I decided to quit my job and take this business to the next level.

Venue:
Double Tree by Hilton Hotel Miami
Airport & Convention Center
Room: MAAC
711 N.W. 72nd Avenue, Miami, Florida, 33126


DOUBLETREE
BY HILTON

**STS Entry Fee:**
Pre Sale: 4X$100 or 1x$30 or $40 at the door (cash only)
New Members (Includes only those who registered last month or this month





## Success Training Seminar
## Miami, Florida

### June 22, 2013



## President's Team Member 2 diamonds 15k

For almost eight years, Michael Burton and his wife, Michelle, owned a small chain of used-car lots. It was a tough business, and 70 to 80 hours a week was typical for Michael. "I felt like I was married to the car lot," he remembers. "Dealing with employees and salesmen felt like running an adult day-care center. We ended up going bankrupt, but that turned out to be the best thing that could have happened to us."
"We were making about $7,000 a month at the car lots."

"My wife's parents, James and Carole Wood, introduced us to Herbalife, and James encouraged me to sign up with him. I was totally against the idea and didn't want to have anything to do with it," Michael admits, "but he and Carole invited me to a Success Training Seminar anyway. After I got back home, I told Michelle that I'd just found what we were going to be doing for the rest of our lives!"

The next day they became Distributors and the day after, Supervisors.

"The only way to be successful is by having a specific goal," reminds Michael, "and by using the products. I lost 44 pounds in the first two months and went from a size 40 waist back to a 32. Can you believe I thought I was only 15 pounds overweight? Now the lifestyle is truly incredible, enjoying financial freedom traveling the world.

### HOTEL MARRIOTT AIRPORT Miami
### 1201 NW LEJEUNE ROAD, MIAMI, FL 33126

Saturday 23 : 7:30am - Production Team & Pre-meeting
9:00am - HOM (Herbalife Opportunity Meeting) FREE
11:00am - Lunch
12:00-3:00pm – Seminar (Distributors with ticket only)

STS TICKETS ONLY VIA PAYPAL ACCOUNT: animejia3@gmail.com  DEPOSIT AND SEND TEXT ONLY TO
CONFIRM NAME + # NUMBER OF TICKETS TO: Adriana Mejia & Rod Disanto (786)218-2843
For all updates and Information about STS Facebook Group: STS English South Florida

Pre-sale until Wednesday June 19 1X$30 or 4X$100 US. Ticket at door $40 CASH ONLY






 

# Tampa Bay STS
## Both Markets = One Mega Event
**HERBALIFE.** Independent Distributor

## December 19, 2015

7am - Production Team Mtg
8am - World Team Workshop
9am - Supervisor School
10am - HOM (free for guests)
12pm - Lunch Break
1pm - General Session

***NEW VENUE***

**Hilton Tampa Westshore**
**2225 N. Lois Ave**
**Tampa FL 33607**

## Purchase Tickets
ststampabay.weebly.com

Single Online Ticket: $25
Ticket at the Door: $30
Last Day Online Dec 17

## VIP Experience

*New Supervisors that qualified in November

*Fully Qualified Supervisors that had over 7,500 VP in November

VIP QUALIFIERS BY DEC 17
——SUBMIT ONLINE——
www.ststampabay.weebly.com

## Disney & Jorge de la Conception, Jr
### 20K Executive President's Team



_fitcouple_ Before Herbalife they were working as Bartenders and models. Although they weren't doing bad, they always dreamed of a better future and financial freedom. They found Herbalife through Jorge' parents and because of their results started to take the products. They always worked out and had an active lifestyle and even though they had potential to do the business but that never interested them. Jorge especially didn't believe in Herbalife as a business and thought it was a scam. They kept taking the products and became members with the purpose of getting a discount and wanted to some how help Jorge's parents who had a very bad economic situation. Little by little, people were getting interested in the products without them even promoting it and that's what opened their eyes to the business. Since the moment they decided to work the business they went full force and gave 100%. As a result, In 6 months made their first cut to GET team and in just 9 months fist cut to Millionaire team. After doing Herbalife for just 21 months they were able to reach Presidents Team. along with Jorge's parents!!!!! The most important part is that they are able to stay at home with their kids and spend every moment with them because of the lifestyle they have earned! " For us Herbalife has been the best thing that could have happened and we will be forever grateful for this company!"

### www.ststampabay.weebly.com

 ### January Kick Off
The Weston Lake Mary
2974 international Pkwy
Lake Mary, FL
*January 16th* 



# PALM BEACH, FL.
## Success Training School
### March 26, 2016.



## Ximena Betancourt-Mejia
### 15K Executive President Team Member

Before Herbalife I was an electroencephalogram tech. I worked long hours and my schedule was unpredictable due to being on call 24/7. At age 26, I found myself 30 pounds overweight, fatigued, and lacked passion in the area of profession. Luckily Herbalife was introduced to me on Dec 2011. Although extremely skeptical I decided to give it a try. I began taking the products and felt an increase in energy and lost 36 pounds in 2 1/2 months. My coworkers, friends and family were all floored by my results and they decided to jump on board. Four months after I signed up I decided to take a leap of faith, so I fired my bosses and put Nursing school on hold for life and it's been the best decision I've ever made. Thanks to Herbalife my husband and I live a life of purpose. We are extremely grateful to be part of something that creates joy and impacts the lives of so many.

Antes de Herbalife yo era técnico en electroencefalograma. Trabajaba largas horas y el horario era impredecible, siempre estaba "on call 24/7". A la edad de 26, me encontraba con 30 lbs de más, cansada y cero apasionada en mi área profesional. Con suerte me presentaron Herbalife en Dic 2011. Con mucho escepticismo decidí intentarlo, empecé con los productos, sentí más energía y perdí 36 lbs en 2 meses y medio. Mis compañeros, amigos y familiares estaban impresionados con mis resultados y decidieron unirse. 4 meses después de registrarme, decidí dar un paso de fe, al despedir a mi jefe y parar mis estudios, y ha sido la mejor decisión de mi vida. Gracias a Herbalife, junto con mi esposo vivimos una vida con propósito. Estamos muy agradecidos de ser parte de algo que da felicidad e impacta las vidas de tanta gente.

## AGENDA

**Saturday MARCH 26TH**
7:00am Production Team
7:45 – 8:30 Tab Team & AWT
9:00am – 3:00PM Herbalife Opportunity Meeting & Training (Guests Free)
3:00-4:00pm Supervisor School (Supervisor level and up)



Independent Member Event
This is a business event, please dress accordingly. No kids allowed.



Like us on
**PALM BEACH STS**

Website: www.palmbeachsts.com



HERBALIFEEVENTS



# Palm Beach County Convention Center

650 Okeechobee Blvd,
West Palm Beach, FL 33401

PARKING $5.00



HERBALIFE NUTRITION
FIN DE SEMANA DE LIDERAZGO | ABRIL 2016
LEADERSHIP DEVELOPMENT WEEKEND | APRIL 2016
**TAKE THE LEAD**
**LIDERA EL CAMBIO**



# Denver STS
# Nov 10, 2012

**Fit Hour Training with Launa Rasch**
Friday Nov 9th
6pm – 7pm Fit Hour Workout
7pm – 8:30pm Fit Hour Training
Located at Health Q
7901 E. Belleview, Suite 105
Englewood, Co, 80111

## STS Agenda:

**7:15 to 8:30 am**
Production set up

**8:30 – 9am**
Leadership/Speaker pre meeting

**9am to 9:45am**
World/TAB Team Leadership Training

**10am to 11am**
HOM-Herbalife Opportunity Meeting

**11am to 4pm**
STS-Success Training Seminar

**4:30pm**
10,000 pt qualifiers dinner with Launa Rasch

## STS REGISTRATION FEE
$30 Pre Registered at www.denversts.com or $40 at the door

## ☐ Featuring Launa Rasch



Launa remembers starting her first diet at age 10 and dieting her way up to 245 lbs after college. After attending a local opportunity meeting, she decided to give the products a try. She immediately fell in love with the products and got incredible health results.

Within 3 weeks she attended her first STS and that help launch her business to making over $8,000 a month within 90 days. Launa says, "We keep things FUN, SIMPLE & MAGICAL! and are proud to WEAR THE BUTTON! We tied in our passion for fitness and our current DMO's includes 24FIT Bootcamp Challenges, Warrior Camp, shake parties and social media. Herbalife has been our vehicle of hope and we are so grateful everyday for this incredible opportunity!"

**STS Location**
Denver Marriott South
10345 Park Meadows Dr
Denver, CO 80124
(303) 925-0004 ~ www.denversts.com

**Join denversts on**

Find us on Facebook
Scan here =>


*Presenting Special Guest Speaker*
## EXECUTIVE PRESIDENTS TEAM MEMBER
# Tim Hendricks

**SATURDAY NOVEMBER 21, 2015**
MIDWEST CONFERENCE CENTER
401 West Lake Street, Northlake, IL 60164

Even though Tim Hendricks was serving his country as an active-duty member of the United States Marine Corps, he was barely earning enough to make ends meet. "I was fed up, frustrated & found myself working hard, giving 110% and still just getting by," he says.

This frustration led Tim to look into Herbalife. "When I heard the results people were getting and the possible income I could earn, I got very excited," he says.

But what really convinced Tim were his own product results. "I started feeling better than I had in years and I was blown away," he says.

In the first 10 weeks Tim made more part-time than he did full time. "As a Marine I was only making about $1,300 a month full-time, so making more than that part-time was huge for me." he declares. "I hit a six-figure income in 3 years, and now I earn more per month working the hours I choose around my family than I used to make in one year as a Marine! More important than the money is the fact that I am able to truly help people with the products and this incredible opportunity. There is no amount of money that Herbalife could pay me that could replace how that makes me feel."



**AGENDA**
9:00 - 10:00 AM Supervisor school
10:00 - 12:00 PM HOM
12:00 - 12:30 PM Break
12:30 - 4:00 PM Training

VIP MUST register by Nov 17
Send VIP Proof to STSInfo@ChicagoSTS.net
**3 Ways to Qualify:**
1) 20 Web + 2500 VP
2) Newly qualified supervisor in October
3) Have a newly qualified supervisor + 2500 VP

Tickets: $25 until Nov 17th - $30 at the door - Buy tickets at - www.ChicagoSTS.net
All members must purchase a ticket to attend.  Guests are free until HOM is over.
No children under the age of 14.  Thank you for your understanding.

© 2015, Chicago STS LLC. All trademarks and registered trademarks appearing on this site are the property of their respective owners.




# PALM BEACH, FL.
## Success Training School
### December 20, 2014.



## Karen Feiger-Kolehmainen

♡ my new ride

Income applicable to the individuals (or examples) depicted and not average. For average financial performance data, see the Statement of Average Gross Compensation Paid by Herbalife at Herbalife.com and MyHerbalife.com

I was a talented but broke artist when I found Herbalife. It was a recession and everyone owed me money, I was looking for a change, and wanted to stay my own boss.

I always wanted to help people but never knew how, so when Herbalife came my way and said they would train me to be successful if I was willing to do just a few simple things, I took it very seriously! I immediately started taking the products and got an incredible result, which I wanted to share with the world. I attended a training just like the success training seminar I will be at with all of you, and loved the positive energy. That day was life changing. I copied what they taught me and put it into action right away, and within a few months was able to go full time with Herbalife. My husband and I live an Amazing life, with hard work, commitment, and dedication to helping others, we have been able to design our life, travel the world, have career level income, create our dream of living on the beach, and have the freedom to move from Beautiful Los Angeles to Beautiful Miami Beach just because we chose to.

I Feel so grateful everyday for the privilege of being a part of this wonderful company, and it's mission to change the nutritional habits of the world.

Yo era una artista talentosa pero quebrada cuando encontré Herbalife. Eran tiempos de recesion y todo el mundo me debia dinero. Yo estaba buscando un cambio y queria seguir siendo mi propio jefe. Yo siempre quise ayudar a la gente pero no sabia como,. Cuando llego la oportunidad de Herbalife y me dijeron que me capacitarian para ser exitosa y a cambio, yo solo tenia que ser enseñable. Yo me lo tomé muy en serio. Empeze a tomar los productos y tuve un resultado espectacular, el cual queria compartir con todo el mundo. Asisti a un seminario como en el que compartire con ustedes, y me encanto la energia positiva. Ese dia cambio mi vida. Copie lo que me enseñaron y lo puse en practica inmediatamente. En tan solo unos meses ya me dedicaba tiempo completo a Herbalife.

Junto con mi esposo vivimos una vida espectacular, que con trabajo, compromiso y dedicacion de ayudar a otros, hemos podido diseñar nuestra vida, viajar por el mundo, tener un ingreso como el de un profesional, vivir en la playa y tener la libertad de mudarnos desde Los Angeles a la hermosa Miami Beach solo porque asi lo decidimos.

Me siento muy agradecida por el privilegio de ser parte de esta compañia maravillosa, y su mision de cambiar los habitos nutricionales del mundo.

**AGENDA**
**Saturday DECEMBER 20TH**
7:00am Production Team
8:00am Pre-Meeting (Sup. & up)
9:00am – 2:30PM Herbalife Opportunity
Meeting & Training (Guests Free)
2:30-3:30pm Supervisor School
(Supervisor level and up)

**VENUE:**
Palm Beach County Convention Center
650 Okeechobee Blvd,
West Palm Beach, FL 33401
PARKING $5.00

Like us on
**PALM BEACH STS**
Website: www.palmbeachsts.com

**Upcoming Events:**
January 24-25
Daytona Beach — January Spectaculars



MINI TABLET **PROMOTION**



Independent Event
**HERBALIFE.**
Independent Distributor

