

QUALIFIED SEPTEMBER 2009

# Amber & Jason Wick

Walking out of their favorite Vietnamese restaurant, Amber and Jason Wick ran into Craig, an acquaintance from their old job, whom they hadn't seen in years. They greeted one another, happy to meet again. Jason asked, "How are things at work?" Craig looked down at the ground, as his smile faded. Quietly he told them about the last round of layoffs. Then his face brightened as he noticed something different about them. "You guys look great, he said. "What are you doing now?" "Herbalife!" the couple answered.

The look on Craig's face said everything, but he wanted to know more: "I thought you two just went to another company. You're no longer engineers?" "Nope," said Jason. Amber made it clear: "Exhausting work weeks; we had no time to be with each other." "We were tired, stressed out and overworked," explained Jason.

"So, how did you get into it?" Craig asked. Amber told him, "A friend introduced us to Herbalife and we fell in love with the products." Craig nodded, and Jason continued, "But we couldn't help notice the opportunity in front of us. We quit our old jobs, and it was the best decision we ever made." Craig waved through the glass at his family sitting inside the restaurant and said, "Well, my wife and kids are waiting." "Well, good seeing you, Craig," they replied. Craig said goodbye and walked into the restaurant. A warm wind blew as Amber smiled up at Jason. He put his arm around her and they went for a short walk before getting back in their car to drive home.

Today, Amber and Jason Wick run an extremely successful business full time. They replaced their high-paying engineering incomes with something even better, and enjoy the time they now share.

When asked what the couple would like other Distributors to know about how they achieved their success, they responded with: "Our team's spirit is very important. We do things like rent buses to bring them to events. We also make t-shirts and hats for our team. But beyond that, we help them with their own business whenever we can. They know we're looking out for them."*

- **Attend every event possible.**
- **Bring as many people as you can.**
- **Qualify for everything you can at events.**

"Our thriving Herbalife business replaced our two corporate America incomes."



*Incomes applicable to the individuals (or examples) depicted and not average. For average financial performance data, see the Statement of Average Gross Compensation for U.S. Supervisors at www.herbalife.com and www.myherbalife.com.

myherbalife.com | TODAY **23**