

 fitcouple    Following

**3,009 likes**    1d

**fitcouple** A friend recently told us that a warrior always keeps his sword sharp! That means no matter the level or the success we must continue to learn in order to grow as a person and in business.
Super excited for this Saturday's event! For those of you serious Herbalife Distributors in Miami, I'll tell you like we tell our team; Events/Trainings are non negotiable! We hope to see you there! To buy tickets (link)
Www.StSmiami.com

**mynewgreenlifestyle** Muy cierto 🙌

**mimialvarado1** So one has to pay to go the events? @fitcouple

**fnky_highenergy** 😍

**a_n_a_2_3** 😍❤️💪

**suarezgisselle** 👏👏👏🌟✨✨

sakasasa Cual es la direccion?

♡  Add a comment...    ○○○