2-4-1 Plan    EVENTS CALENDAR

_____ 12 Month Plan ━━━━▶ President's Team

The following is a list of the monthly and yearly Herbalife events.  Contact your local STS Production Coordinator or Upline to get the dates for your local events. Attending these events is ESSENTIAL TO SUCCESS in working the 2-4-1 Plan



JANUARY SPECTACULAR_____
STS in _____ Feb_____
STS in _____Mar_____
LDW in _____Apr_____
STS in _____ May_____
STS in _____June_____
EXTRAVAGANZA in Chicago July 11-13
STS in _____ Aug_____
STS in _____Sept_____
LDW in _____ Oct_____
STS in _____ Nov_____
STS in _____Dec_____



# Get out your 12-month planner and fill in the dates NOW! Plan ahead for success!

# 2-4-1 Tracking Chart

_____ 12 Month Plan ⟶ President's Team

**Month 1-_____   EVENT DATE & LOCATION_____**

Note: Each distributor & each customer should represent a min of 100vp so you end up with 1500vp and all 3 are new VIP 35% Senior Consultants.

ME ☐                                    VP=_____
Customer 1: _____VP=_____
Customer 2: _____VP=_____
Customer 3: _____VP=_____
Customer 4: _____VP=_____

Total PV ____

Check the box ☑ next to the distributor's name once they have purchased their event ticket.

**Distributor 1:** _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Distributor 2:** _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Month 2-_____   EVENT DATE & LOCATION_____**
*Your 2 Distributors from last month now start on *Month 1* and do the same thing.

ME                                       VP=_____
Customer 1: _____VP=_____
Customer 2: _____VP=_____
Customer 3: _____VP=_____
Customer 4: _____VP=_____

Total PV ____

Remember- Each month you find 4 NEW customers and 2 NEW Distributors. Your NEW Distributors can come from last month customers.

**Distributor 1:** _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Distributor 2:** _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Month 3-_____     EVENT DATE & LOCATION_____**

Note: Each distributor & each customer still represent a 100vp but your Total PV will be higher than 1500 because of reorders and upgrades

ME ☐     VP=_____
Customer 1: _____VP=_____
Customer 2: _____VP=_____
Customer 3: _____VP=_____
Customer 4: _____VP=_____

Total PV ____

Check the box ☑ next to the distributor's name once they have purchased their event ticket.

Distributor 1: _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

Distributor 2: _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Month 4-_____     EVENT DATE & LOCATION_____**

1st cut GET TEAM!

ME     VP=_____
Customer 1: _____VP=_____
Customer 2: _____VP=_____
Customer 3: _____VP=_____
Customer 4: _____VP=_____

Total PV ____

Tip: Make sure you are following up with your team to gage their flow chart and see that they are following the plan ☺

Distributor 1: _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

Distributor 2: _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

## Month 5-_____     EVENT DATE & LOCATION_____

Note: 2nd cut of GET TEAM and Qualify for Future Pres Team Retreat

ME ☐                                    VP=_____
Customer 1: _____VP=_____
Customer 2: _____VP=_____
Customer 3: _____VP=_____
Customer 4: _____VP=_____

Total PV ____

Start focusing on Get 20, Keep 20 customers by providing great follow-up!

Distributor 1: _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

Distributor 2: _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

## Month 6-_____     EVENT DATE & LOCATION_____

FULLY QUALIFIED GET and 1st cut of MILL TEAM!

ME                                    VP=_____
Customer 1: _____VP=_____
Customer 2: _____VP=_____
Customer 3: _____VP=_____
Customer 4: _____VP=_____

Total PV ____

Distributor 1: _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

Distributor 2: _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Month 7-**_____   **EVENT DATE & LOCATION**_____

2nd cut of MILL TEAM and 1st cut PRESIDENT'S TEAM!

ME ☐   VP=_____
Customer 1: _____VP=_____
Customer 2: _____VP=_____
Customer 3: _____VP=_____
Customer 4: _____VP=_____

Total PV ____

Check the box ☑ next to the distributor's name once they have purchased their event ticket.

Distributor 1: _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

Distributor 2: _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Month 8-**_____   **EVENT DATE & LOCATION**_____

ME   VP=_____
Customer 1: _____VP=_____
Customer 2: _____VP=_____
Customer 3: _____VP=_____
Customer 4: _____VP=_____

Total PV ____

Fully Qualified MILLIONAIRE TEAM and 2nd cut of the PRESIDENT'S TEAM!

Distributor 1: _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

Distributor 2: _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Month 9-**_____   **EVENT DATE & LOCATION**_____

Note: Don't slow down now…YOU ARE ON A ROLL AND IT'S YOUR FINAL CUT TO

ME ☐   VP=\_\_\_\_\_
Customer 1: _____VP=\_\_\_\_\_
Customer 2: _____VP=\_\_\_\_\_
Customer 3: _____VP=\_\_\_\_\_
Customer 4: _____VP=\_\_\_\_\_

Total PV \_\_\_\_

Check the box ☑ next to the distributor's name once they have purchased their event ticket.

PRESIDENT'S TEAM

**Distributor 1:** _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Distributor 2:** _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Month 10-**_____   **EVENT DATE & LOCATION**_____

You continue working this plan and teaching all of your team to do the same and you can truly live a life of your DREAMS!!!

ME   VP=\_\_\_\_\_
Customer 1: _____VP=\_\_\_\_\_
Customer 2: _____VP=\_\_\_\_\_
Customer 3: _____VP=\_\_\_\_\_
Customer 4: _____VP=\_\_\_\_\_

Total PV \_\_\_\_

**Distributor 1:** _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Distributor 2:** _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

On average, active President's Team members **earn $300,000** or more annually, comparable to many senior corporate executives.†

† The compensation presented of persons within the top 1%

**Month 11-**_____  **EVENT DATE & LOCATION**_____

My current position on the marketing plan is:

ME ☐   VP=\_\_\_\_\_
Customer 1: _____VP=\_\_\_\_\_
Customer 2: _____VP=\_\_\_\_\_
Customer 3: _____VP=\_\_\_\_\_
Customer 4: _____VP=\_\_\_\_\_

Total PV \_\_\_\_

Check the box ☑ next to the distributor's name once they have purchased their event ticket.

Distributor 1: _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

Distributor 2: _____ ☐
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

**Month 12-**_____  **EVENT DATE & LOCATION**_____

In 1 year of working this plan, my income went from _____ a month to currently _____ a month

ME   VP=\_\_\_\_\_
Customer 1: _____VP=\_\_\_\_\_
Customer 2: _____VP=\_\_\_\_\_
Customer 3: _____VP=\_\_\_\_\_
Customer 4: _____VP=\_\_\_\_\_

Total PV \_\_\_\_

Distributor 1: _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

Distributor 2: _____
Customer 1: _____
Customer 2: _____
Customer 3: _____
Customer 4: _____

I am responsible for all my successes and failures. I am committed to working on myself to become better every day. I am committed to working this 2-4-1 plan as a team player and I will do my part to the absolute best of my ability. I know I am capable and I believe in myself. I am a person of INTEGRITY and a person of my word.
Print Name_____    Signature_____Date_____