**Lead Management Options**

Unfortunately, you are NOT qualified to participate in the Herbalife Lead program at this time. To become eligible, you must meet the following requirements:

- Tab Team level and above
- Earned Production Bonus in at least three consecutive months within the last six months
- Attended four Herbalife events, two of which were corporate-sponsored events, in the past twelve months. Corporate events include Leadership Development Weekends, Extravaganzas, Spectaculars and Kickoffs.
- Current annual processing fee.
- No outstanding ethical violations.
- Valid email address registered.
- Online acceptance of the Terms and Conditions.
- Ability to assist Referrals in English and/or Spanish.
- Have United States or Puerto Rico as Country of Processing.

Qualification Events

You do not have the required Events to be part of the Lead Program, please review "help" to better understand the rule, click here to add non-corporate Events

(July 10, 2017 screen capture inside Herbalife's member only website)