# Building Your Business



## STS Resource Center

Teach Members all they need to know about the business opportunity with the mother of all group meetings. The Success Training Seminar (STS) is designed to teach expert techniques for achieving business success.

**Target Audience**: All Members

**Estimated Length of Meeting**: 1 Day

WHAT IS IT?

The Success Training Seminar (STS) covers key components of the Supervisor Workshop, HOM, QuickStart, and Organizational Meetings, all during a one-day training seminar.

GETTING STARTED

Priming Members for success will help their business, and your downline, thrive. Go the extra mile in preparing potential Members by following the Success Training Seminar Agenda.

Bring your Herbalife Career Books to help with training and to use as reference. The books offer an easy-to-follow blueprint for success as an independent Herbalife Associate.

- Herbalife Career Books

**RESOURCES**

Use the following resources as support materials when conducting the seminar.

- HOM (PDF)
- HOM (PowerPoint)
- STS Product Training (PDF)
- STS Product Training (PowerPoint)
- Suggested STS Agenda
- Sales and Marketing Plan (PDF)
- Sales and Marketing Plan (PPT)
- Gold Standard

- Confidence Presentation
- Statement of Average Gross Compensation
- Distributor Action Plan (PDF)

Video: MOJ Welcome Message
Video: Herbalife's Gold Standard

Centers for Disease Control Posters and Assets

- Benefits of Weight Loss Poster CDC/NIH v.1
- Benefits of Weight Loss Poster CDC/NIH v.2
- Benefits of Weight Loss Poster CDC/NIH v.3
- Final Guidelines for Using Weight Loss Posters CDC/NIH

January Kickoff 2017 Presentations

- Jillian Addy "Testimonial Lead-Ins for Live Meetings" (PDF)
- Amber Wick "Who's Who In Your Business" (PDF)
- Mary Holloway "Qualify To Earn" (PDF)
- Part 1 -- Get And Keep (PDF)
- Part 2 -- POS and Documented Volume (PDF)
- Part 3 -- New Programs And Tools (PDF)
- Flow (PDF)

Herbalife Opportunity Meeting

Approved Trainings for Meetings

Global Nutrition Philosophy

Herbalife Opportunity Meeting