# SUGGESTED SUCCESS TRAINING SEMINAR AGENDA

| TIME | MIN. | SPEAKER / MC | TOPICS |
|---|---|---|---|
| 7:30am - 8:30am | 0:60 | | **Speaker/MC Meeting, Set-up**<br>• Engage all production team members<br>• Re-iterate key points from set-up calls<br>• Set intentions for the day; philosophy<br>• Any additional set-up thoughts |
| 9:00am - 9:45am | 0:45 | | **TAB/World Team Meeting**<br>• Focus on leaders to engage in the event, to be present, help with leadership skills, to understand the "Cycle of Success"<br>• Connect with leaders from the region to determine which topics to cover throughout the day |
| 9:45am - 10:00am | 0:15 | | **Open Doors, Welcome**<br>• Open day, engage the room, welcome<br>• What to expect from today |
| 10:00am - 10:05am | 0:05 | | **MOJ Welcome Video** |
| 10:05am - 11:05am | 0:60 | | **HOM**<br>• Confidence in the Company<br>• Share success stories<br>• *Use most-updated HOM slide deck and videos from www.myherbalife.com*<br>• Product and Income stories are a key piece- ensure we are teaching story guidelines for compliant and appropriate shares<br>**End with Guest Speaker Story (10 minutes)** |
| 11:05am - 12:05pm | 0:60 | | **Product Training**<br>• Cellular Nutrition, Weight Management Programs, Herbalife24™, Herbalife SKIN®, Targeted Nutrition<br>• *Use most-updated Product slide deck from www.myherbalife.com* |
| 12:05pm - 12:20pm | 0:15 | | **Next Event Ticket Sales & Promotion**<br>• Promote the 90 day plan, next event<br>• Who do you know? Who will you bring?<br>• Teaching everyone to think about new clients and new team members over next 30 days and who they will invite and bring to the next event |
| 12:20pm - 12:50pm | 0:30 | | **Shake Break** |
| 12:50pm - 1:50pm | 0:60 | | **Marketing Plan & Recognition**<br>• Marketing Plan levels<br>• Recognition and Marketing plan advancement since last event |

**HERBALIFE.**

# SUGGESTED SUCCESS TRAINING SEMINAR AGENDA

| TIME | MIN. | SPEAKER / MC | TOPICS |
|---|---|---|---|
| 1:50pm - 2:35pm | 0:45 | | **Retail, Recruiting, Follow-up, Retention**<br>• Show different ways of retailing, recruiting and retaining<br>• Potential use of panel to demonstrate invitation –presentation – decision; show different DMO's<br>• Keep messages broad so everyone can relate, understand and duplicate |
| 2:35pm - 3:35pm | 0:60 | | **Leadership, Team Building, Ethics, Personal Development**<br>• Demonstrate how Leaders mentor, build their business, use personal development<br>• How to create leaders in your organization<br>• Why Herbalife! Why NOW!<br>• Why it is important to do it ethically<br>• *Leaders in each region can decide whether to focus on personal development and/or any topics that featured speaker(s) wants to focus on* |
| 3:35pm - 3:50pm | 0:15 | | **Events/Promotions, Action Steps, Close the Day**<br>• Key piece: next steps, next meeting (STS, LDW)<br>• Strive to qualify for everything, consistency, plugging into the Cycle of Success and bringing people with you to the next events! |
| 3:50pm - 4:00pm | 0:10 | | **Recognition of Speakers & Production Team**<br>• It takes a team! |

HERBALIFE.