

**SPEAKER GUIDELINES**
For use at all Herbalife® Events

Deadline for Speaker Selection of Topics:  **6 weeks** prior to scheduled event

Deadline for Submission of Speaker PowerPoint Presentations (PPT):  **3 weeks** prior to event

- This allows time for sales representatives, branding specialists and legal to review and provide comments and feedback
- Please note that speakers who do not meet the deadline risk not being permitted to use their Presentation at the event

Deadline for Submission of Talking Points (Presentations that take place without the use of PPTs):  **3 weeks** prior to the event

- Please note that Speakers who do not meet the deadline risk not being permitted to present

Guidelines for Submission of PPTs

- Presentations must be built using approved template(s), current logos and trademarks, and approved nomenclature, such as those words used to discuss Herbalife Independent Distributors and income opportunity[1]

- Presentations must include income and weight loss disclaimers as required[2]

- Please note that use of the images, quotes and video clips of others typically requires the permission of the owner of those items based on their copyright ownership. When in doubt, use images and video clips you have created.

- When using screenshots of social media pages that are either not your own and/or feature the name, likeness or post of someone else, you must provide permission to use and share their name, likeness and/or their post

---

[1] If you do not have access to current or approved templates, logos and trademarks, or have questions concerning nomenclature, please contact your regional sales team. They will be happy to send you these items.
[2] If you need assistance to determine proper usage of disclaimers, please contact your regional sales team.

- Please note that when including Mark Hughes or Jim Rohn quotes and images in your presentation, they must be properly attributed. For Mark Hughes, always include the following: Mark Hughes, Herbalife Founder and First Distributor (1956–2000). For Jim Rohn, always include the following: Jim Rohn, Business Philosopher and Motivational Speaker (1930–2009).

- Please note that any presentation of Herbalife® products should be based on the current STS presentation in your region/territory[3]

- Please note you must submit substantiation for any earnings claims that cannot easily be obtained from BizWorks. For example, this would include substantiation for the following types of claims:

    o A claim about your earnings, such as "I make more money now than I did as a mechanic" or "I make enough money now to pay my rent"
    o A claim about how a certain DMO has grown your business – for example, if you want to talk about your earnings from your Nutrition Club, you must provide written proof of your earnings, such as receipts for Attendee Fees

- Please remember to keep PPTs short; this will help you maintain an engaged audience. A good number of slides to shoot for would be 10–20.

- Please keep lifestyle photos to a minimum. Instead, focus on the healthy and active life you lead by providing images of you, your family and your friends. If you do include a lifestyle image, such as a luxury car, your home, or a vacation, you must include the income disclaimer.

- Please note your presentation must be complete when submitted. Please include all video clips, quotes, and images you intend to use. Unfortunately, presentations that are not complete will be returned to the Speaker and will not be approved until it is reviewed as a whole, complete presentation.

## Questions?

- Should you have any questions regarding these guidelines, presenting at the event, or timing for review, please contact your regional sales team

---

[3]Obtain a copy of the current STS Presentation on MyHerbalife.com.