**STS Report**

## City:

### POST MEETING INFORMATION:

| EVENT DATE | |
|---|---|
| Coordinador Name | Distributor ID | Phone | Email |
| TOTAL ATTENDANCE OF MEMBERS | |
| TOTAL OF FIRST-TIME ATTENDEES | |
| SNACK PACKS REMAINING | |
| COMMENTS AND SUGGESTIONS: | |

### UPCOMING MEETING INFORMATION:

| EVENT DATE | |
|---|---|
| Coordinador Name | Distributor ID | Phone | Email |
| ESTIMATED ATTENDEES | |
| LOCATION<br>Name, Street, City, State, Zip | |
| CONTACT FOR TICKET INFORMATION OR WEBSITE | |
| GUEST SPEAKER<br>Name, Level, Phone Number | |
| SNACK PACK SHIPPING ADDRESS | |

### AGENDA:

| **Example:** HOM | 10:00am – 11:30am |
|---|---|
| | |
| | |
| | |
| | |
| | |

**Please send this form along with registration lists no later than the Monday following your meeting to NAMSTS@Herbalife.com or to fax (310)216-6047.**

04/13