

# HERBALIFE SPECTACULARS JANUARY 2011

## ORLANDO · JANUARY 22-23, 2011
**Gaylord Palms Resort**
6000 West Osceola Parkway, Kissimmee, Florida 34746 • (407) 586-6969

## SPEAKERS:



### Susan Peterson
**Founder's Circle Member**

Susan Peterson was inspired by Mark Hughes, the founder of Herbalife, to achieve the highest level in Herbalife and to become all that she could be, both professionally and personally. Now, years later, Susan has become one of the first members of the prestigious Founder's Circle. She reached this esteemed level by following in the footsteps of Mark Hughes and the first Founder's Circle member Geri Cvitanovich. "Mark was inspired by the stories and testimonials, and by helping people," says Susan. "I feel that same inspiration. I am still filled with excitement for this business every day."



### Clem Herron
**20K International Executive President's Team Member**

After retiring from a major airline, Clem Herron was concerned about her future. Then her husband Bill, a pharmaceutical sales manager, was introduced to the Herbalife business opportunity. After losing weight loss and increasing their well-being with the products, the couple became Independent Distributors. "We used the products, wore the buttons and talked to everyone we met," Clem says. "Today, I'm no longer stressed and I feel great. Now I don't have to worry about my finances – my Herbalife business is taking good care of me."*†

## TICKETS • SKU# D131

**Advance: $50.00**
(Available until January 14, 2011)

**At the door: $60.00**
(Available if space permits)

## AGENDA

### Saturday
| | |
|---|---|
| 8:45 a.m. | Tab Team - Locking Arms in 2011 |
| 10:00 a.m. | Be a Product of the Products! |
| 11:00 a.m. - 4:00 p.m. | Proven Opportunity, Powerful Training |
| 4:00 p.m. - 5:00 p.m. | "Person by Person, City by City" – HOM |
| 6:00 p.m. - 12:00 a.m. | Royalties Party – Party like Kings & Queens! *Dress Attire: Kings/Queens* |

### Sunday
| | |
|---|---|
| 9:00 a.m. - 4:00 p.m. | Changing Your Pin – Supervisors in Action |

*Incomes applicable to the individuals (or examples) depicted and not average. For average financial performance data, see the Statement of Average-Gross Compensation for U.S. Supervisors at www.herbalife.com and www.myherbalife.com.
†An extensive questionnaire generated responses from more than 200 U.S. Herbalife Independent Distributors about their weight-loss programs and results. They reported weight loss ranging from 4 pounds to 167 pounds and a reduced body mass index (BMI) of 1.5 points to 24.1 points, suggesting that consumption of Herbalife® products is associated with weight loss and improvement in BMI in those ranges.

## Purchase your advance tickets by calling 866-866-4744.
## Visit HerbalifeEvents.com today!

Two tickets maximum per Distributorship. Ticket sales are final – they are nontransferable and nonrefundable. Video cameras are not allowed. Children not permitted. All qualifications must be completed prior to the day of the event. Herbalife reserves the right to revalidate Distributor qualifications up to and including the days of the event.

©2010 Herbalife International of America, Inc. All rights reserved. USA. EVT12400-USEN 11/10



**HERBALIFE**                                                                              *Nutrition for a better life.*




**John Peterson**
April 11, 2015 near Dallas, TX · Edited

Herbalife is an amazing opportunity to be your own boss and earn an amazing income. I have grown up around Herbalife my entire life and lived an amazing lifestyle thanks to my mom and dad's hard work. We opened up an amazing wellness center and fitness studio where you and your team can work if you join my organization. My mom is the number 1 distributor in the world for the company will help you to build the business first hand. If you are looking for a career change this might me the right opportunity for you. If you are interested send me a Facebook message and I can go into details. If you don't live in Houston this might be the reason to move to Houston!

👍 Like   💬 Comment

 Lupita Zapata, David DeSaegher and 109 others