



**Orange County STS**
Like This Page · April 4, 2013

April LDW training is just a couple of weeks away. Have you purchased your ticket? How many people are you brining with you?
There are many LDW's taking place around the country. Who can you promote to attend those events? Www.herbalifeevents.com for locations.

👍 Like   💬 Comment   ➔ Share

👍 11





**Herbalife Denver STS**
Like This Page · December 4, 2015

Join us Saturday morning!!!

👍 Like   💬 Comment   ➔ Share