



**Orange County STS**
Like This Page · December 17, 2013 · 🌐

Chairman's club training by the man himself... John Tartol. He was fortunate enough to be mentored by and become great friends with our Founder Mark Hughes. Tomorrow night.. See flyer for all the details.

👍 Like  💬 Comment  ➤ Share

👍 10

2 shares




**Jacksonville STS**
Like This Page · March 19, 2015 · Edited · 🌐

Zac Tartol 20K Exec PresidentsTeam, Friday night March 20 World Team Training and Sat. STS March 21st!
Zac started on Herbalife as a baby and grew up with the Tartol Dynasty. He is full of knowlege on building a strong and sustainable business. You don't want to miss it.

👍 Like  💬 Comment  ➤ Share

Jacksonville STS and 5 others