

# HERBALIFE.

**MEGA STS** - SEMINARIO DE ENTRENAMIENTO AL EXITO
## MIAMI, FLORIDA | ENERO 18-20, 2013

Con la presencia del **Miembro del Club del Chairman 50K FERNANDO "NANI" RANCEL**



FERNANDO "NANI" RANCEL está convencido de que ser el primero significa preparar el camino para otros. Nani, proveniente de Venezuela, ha establecido un negocio a lo largo de las Américas, tan exitoso, que fue el primer Distribuidor Independiente de Sudamérica en alcanzar el nivel de Club del Chairman.

Su arduo trabajo y compromiso han contribuido al crecimiento del mercado latino en Estados Unidos, en donde Nani tiene una organización que constituye una porción importante de su negocio. Por otra parte, Nani ha logrado ubicar a Venezuela entre los cinco principales paises en términos de ventas para Herbalife y su sueño es hacer de este país, el número 1 en el mundo.

La clave del éxito para Nani es el amor de su esposa, Judith. Ella cuida de sus cinco hijos y maneja sus vidas al estilo Herbalife. No importa cuantos sacrificios personales ha hecho por su negocio, Nani a tomado el tiempo de poder ser parte de los momentos especiales en la vida de sus cinco hijos.

Para Nani y Judith, Herbalife es su estilo de vida. Nani y Judith le dan mucho crédito al trabajo en equipo de su organización para el crecimiento de su negocio. "Vemos que mucha gente está desarrollándose como líderes y eso es lo que acelera el crecimiento de nuestra organización," dice Nani. "Y es sólo el comienzo".

## HOTEL DOUBLETREE by Hilton
### 711 NW 72nd Ave, Miami, FL 33126

**Viernes 18 : Entrenamiento Liderazgo & Retiro**
| | |
|---|---|
| 10am | Coordinacion |
| 12pm | Almuerzo Presidentes |
| 2-4pm | Entranamiento TAB y EMA 2012 |
| 5pm | **RETIRO ESTILO DE VIDA*** |

\*\*\*\*\*

**Sabado 19 : Seminario de Entrenamiento STS**
| | |
|---|---|
| 7:30am | Coordinacion |
| 9am | HOM |
| 11pm | Almuerzo |
| 12-3pm | Seminario |
| 4-6pm | **COCTAIL DE BIENVENIDA*** |

*Abierto a todo distribuidor con ticket.

**7-10pm    CENA DE CALIFICACION***
*Abierto a todo SUPV NUEVO+SUPV Existente con 5000pv en el mes de Diciembre 2012. Valor $50 pago a Supv Nuevo por patrocinador; y al Supv Existente pago en 2 lineas ascendentes.

\*\*\*\*\*

**Domingo 20:  Mega Escuela de Supervisores**
| | |
|---|---|
| 9am | Coordinacion |
| 10am-2pm | Mega Escuela de **Supervisores** |



Garantiza tu participacion en nuestro increible
**RETIRO DE ESTILO DE VIDA!**

**UNA EXPERIENCIA QUE LLEVARA TU NEGOCIO AL PROXIMO NIVEL!** Imagina una tarde con un grupo exclusivo de lideres, brindando por tu futuro con nuestro Equipo del Chairman invitado,  con todo el liderazgo de la plaza! No te pierdas la oportunidad de compartir con una de las leyendas de Herbalife!



CALIFICACION: Abierto a todo **TAB** con **5000pv** en Nov 2012 Y **5000pv** en Dic 2012; que alcance **2500 Regalias o mas**, en CUALQUIERA de los dos meses.Valor pago en 2 lineas ascendentes.

### BOLETOS
**Boletos SOLO en STS Diciembre: $40 x 1 Boleto**
**PREVENTA hasta Viernes Enero 11: $50 x 1 Boleto**
**En Puerta: $60 x 1 Boleto**
### INFORMACION
**TICKETS y REGISTRO: E. Get Marta Perez (786)704.2709**

Evento Patrocinado por Representates Independientes Herbalife.
Abierto A Todo Representate Independiente Herbalife e Invitados. NO SE ADMITEN NIÑOS por requisito del hotel