

**SEG Eventos INC**
Like This Page · August 30, 2016 · 🌐

Hola familia Herbalife, recordatorio amigable, mañana es el último día para comprar su boleto a $75 con vaso de regalo, para el FSL Ind. que se llevará a cabo en el Centro de Convenciones de Santa Clara, CA. los días 7-8-9 de Octubre, entra a la página de segeventos.com y cómpralo tú mismo o habla a la oficina con Karina o Salvador al número 805-623-5336 y con todo gusto te ayudamos, sino alcanzamos a tomar tu llamada, deja un mensaje con tu nombre y teléfono y te llamaremos en cuanto nos sea posible. Saludos y que tengan un feliz día.

Hi family Herbalife, friendly reminder, tomorrow is the last day to buy your ticket to $ 75 with a gift cup, for the FSL IND. To be held at the Santa Clara Convention Center, CA. On October 7-8-9, enter the page of segeventos.com and buy it yourself or speak to the office with Karina Or Salvador at number 805-623-5336 and with pleasure we help you, but we will reach you to take your call, leave a Message with your name and phone and we'll call you as soon as possible. Greetings and have a happy day.

⚙ · Rate this translation

👍 Like    💬 Comment    ➔ Share

SEG Eventos INC and 4 others

1 share



**Fresno Herbalife STS**
Like This Page · May 10, 2016 · 🌐

Fresno STS is coming this weekend

Friday TAB training from 5-6:30pm
World team from 6:30-8pm
Location : step up Nutrition... See More

👍 Like    💬 Comment    ➔ Share

😊 6                              Top Comments ▾

12 shares                        1 Comment