# MIAMI, FL
## Success Training Seminar
### Aug 19th 2017



**AGENDA**

**7:00 AM** Production Team & Pre-meeting.

**7:30 AM** Speakers Meeting

**8:45AM – 9:45AM** Leadership Section Supervisor and Above
**(Doors Close at 8:30AM)**

**10:00AM** HOM (free For Guest Only)

**12:00PM** Lunch

**12:15PM - 4:00PM** Seminar (members with entry fee only)

### Special VIP Seating and Treatment

•To qualify for VIP for this STS it is 9,000 DVP and minimum 80% PDV in the month of JULY 2017

• **TO SIT VIP:**
MUST SUBMIT PROOF (complete VIP qualification section on STS webpage www.stsmiami.com)
**NO LATER THAN AUGUST 16TH**



## Garrain Jones
### Int'l Executive President's Team Member 30K

I always knew i was meant to do something big, but I did not know what that looked like. I had a really bad attitude, and I was living a life without purpose or direction. Eventually, my choices lead me to live out of my car for two and a half years. I was numb, and I truly didn't know how to get my footing in life. When I was first introduced to Herbalife I was a no. I didn't think this was what I needed for my life to get better. Finally, I decided to take this opportunity, and I have followed the path that the leaders that came before me have set, and I'm doing my part on getting a shake canister in every home around the world. I have never been more inspired in life to work for my freedom now that i know my purpose in life. Today I get to travel the world and inspire others. It is an unbelievably rewarding experience to see so many people's transformations. I am so grateful for this Herbalife Opportunity.

 MIAMI STS

**Parking:** Valet Only, Cash $7 (Before 11AM)

**NEXT EVENT SEPTEMBER STS 16TH**
www.stsmiami.com

<u>Venue:</u>
DoubleTree by Hilton Miami Airport & Convention Center
711 NW 72nd Ave, Miami, FL 33126



**STS Entry Fee:**
Single Presale Ticket $35 (Online before August 18th)
Single Ticket: Day of Event $45 (Cash Only)
New Members (Includes only those who registered last month or this month of the STS and it is your 1st STS) $25 cash only at registration (Must Show Proof of Registration)
To purchase your ticket go to www.stsmiami.com

### STS Coordinators
Jorge De La Concepcion / Executive President's Team 70K
Alan Rodriguez / Executive President's Team 40K



Jim Rohn
Time is more value than money. You can get more money, but you cannot get more time.

Miami STS is coordinated by
Herbalife Independent Distributors 



**Garrain Jones**
August 20

THANK YOU MIAMI STS
I want to take this opportunity to say thank you to all of those that attended the Miami success training seminar yesterday. Thank you for having me as your keynote speaker. As promised I left my heart out there on the stage in the form of a message and I know in my heart of hearts that my intention of having everyone leaving out of that event with a whole new perspective of their life and business was met. We all collectively grew. There is a lot to be said that went on at the largest STS Miami has ever had and I am more than grateful. The ripple of fact of messages I have been reading from those lives that have been touched of people who applied what they learned right away is beyond priceless. Thank you in advance for the Full of fact of impact you are creating by starting with yourself. This is only the beginning to so much more. I love love love love love you guys. Thank you thank you thank you thank you thank you thank you thank you. ITS GROW TIME 🔥🔥🔥🔥🔥

And for those of you that were impacted please share below which part of the training really stuck out for you so that others can benefit from your breakthrough

#PurposeOverEverything