










**Manuel Costa**
October 20, 2014

MIAMI STS este sabado
Lleva mucha gente

Share
👍 22
5 shares




**fitcouple**  Following

**fitcouple** The event that changed our lives!! If you are doing this business and you are not going here you are wasting time. .
.
.
#Extravaganza2017

View all 23 comments

871 likes
JULY 9

Add a comment...