



**Success Training Seminar**
Miami, Florida

**November 9, 2013**

**Ron Rosenau**
International Executive President's Team Member 30k

Ron Rosenau was a stockbroker and financial advisor carrying a lot of tension and stress. His dissatisfaction with his job prompted him to answer an ad about the Herbalife business opportunity. "I had great results with the products and decided to work the business full time," Ron says. Then, at an Herbalife Opportunity Meeting, he met his future wife Carol, a landscape architect. She and Ron joined forces to take Herbalife around the world. "Now we can do what we want, when we want," says the couple.

**DOUBLETREE By Hilton MIAMI AIRPORT & CONVENTION CENTER**
711 NW 72 AVE, MIAMI, FL 33126

**AGENDA**
7:00AM - Production Team & Pre-meeting
7:50-8:45AM Supervisor Special Leadership Section (Levels Supervisor and up)
9:00AM - HOM (Herbalife Opportunity Meeting) FREE
11:00AM - Lunch
12:00-3:00PM – Seminar (Distributors with ticket only)

STS PRESALE TICKETS ONLY VIA PAYPAL ACCOUNT: animejia3@gmail.com DEPOSIT AND SEND TEXT ONLY TO CONFIRM NAME + # NUMBER OF TICKETS TO: Adriana & Rod Disanto (786)218-2843
For all updates and Information about STS like our Facebook Page: STS English South Florida

Pre-sale until Wednesday November 6. 1X$30 or 4X$100 US . DEPOSITS AFTER WEDNESDAY WILL NOT BE ACCEPETED Ticket at door $40 CASH ONLY. No children allowed. Indepent Event. Open to all Distributors.

---

**Alcides Mejia Gaya**
November 4, 2013 near Modello, FL

Who is ready for November STS? Tag and share it with your down line! — with John Negrete, Andres Mejia, Glenroy Huggins and 33 others.

👍 Like  💬 Comment  ➤ Share

Sylvia Pera, Ivonne Ramirez Mejia and 34 others

15 shares                                2 Comments



**Enrique Carrillo**
May 16, 2016

AHHHHHH!!!! I'm so excited for this weekends Success Training Seminar with my mentors Ron Rosenau and Carol Rosenau.
HOUSTON and surrounding areas if your interested in how i went from being over weight, 3 jobs, and going to school full time to being in the best shape of my life and becoming the best person I can be to adding value to this world and now making six figures a month in 8 years? It takes WORK but it's possible and worth it!!! COME LEARN FROM THE BEST!!!!
I'm excited to learn more!!!!
The incomes presented are those of persons within the top 1% of Herbalife Independent Distributors. For average financial performance data, see the Statement of Average Gross Compensation at Herbalife.com and MyHerbalife.com

👍 Like  💬 Comment  ➤ Share

Enrique Carrillo and 162 others

11 shares                                13 Comments