

# MIAMI STS
## End of Year Gala
### December 3rd 2016

**AGENDA:**
- 6:00am Production Team & Pre-meeting.
- 7:30am Speakers Meeting
- 8:30-9:45am Leadership Section (Supervisor and up)
- 10:00am HOM Free For Guest Only
- 12:00pm Lunch
- 12:15-4:00pm Seminar (Members with entry fee only)
- 7:00-8:00pm Gala Dinner (Supervisors with 5,000 PVP in Nov. and New Supervisor October, November)
- 8:00-12:00am Gala Party (Open to all members with ticket)

**Special VIP Seating and Treatment**
- To qualify for VIP for this STS it is 10,000 Personal Volume Points in the month of November 2016
- To SEAT VIP: MUST SUBMIT PROOF (complete VIP qualification section on STS webpage www.stsmiami.com) NO LATER THAN November 30th

**NEXT EVENT**

  

KICKOFF 2017

Jim Rohn
*Time is more value than money. You can get more money, but you cannot get more time.*



## Tommy Gioiosa
Executive President's Team Member 20K

In 1992, Tommy Gioiosa found himself in Orlando Florida in a low paying job that offered no future. His dreams of a sports career were long gone, and he was desperate to find an opportunity that would change his life! One day, while working out at a local gym, he met a Herbalife Distributor wearing a Lose Weight Now Button and shared how he could get started. Because of his results, he was able to earn an extra $1000 his first month. Through hard work and consistency, they have been able to create a full-time income.
Today, Tommy and his wife Sandy are enjoying the benefits of running a successful home business. They have reached their income goals for financial freedom, reaching the top 1% of income earners in the company.

**Venue:**
Double Tree by Hilton Hotel Miami
Airport & Convention Center
Room: Poinciana Ballroom
711 N.W. 72nd Avenue, Miami, Florida, 33126

 DOUBLETREE BY HILTON

**STS Entry Fee:**
1 Ticket $40
$50 at the door (cash only)
New Members (Includes only those who registered last month or this month of the STS and it is your 1st STS) $35 cash only at registration (Must Show Proof of Registration)

**To purchase your ticket go to www.stsmiami.com**

**STS Coordinators**
Nestor Villageliu / Millionaire Team 7,500
Diego Marin / Active World Team

Event coordinated by **HERBALIFE**
Herbalife Independent Distributors **NUTRITION**

---



**Miami STS**
Page Liked · November 30, 2016

It's here..... and it is going to be the MOST INCREDIBLE EVENT of 2016
Our December STS and GALA Spectacular end of the Year Celebration this SATURDAY December 3rd READ IMPORTANT DETAILS BELOW **Order your tickets ASAP on www.STSMIAMI.com through FRIDAY DECEMBER 2nd to get your special price tickets or pay more at the door **ROOM LOCATED in the front hotel 1st floor in the ROYAL PONCIANA BALLROOM **REGISTRATION opens at 7am **If you would like to contribute your talents and energy to making this the BEST STS EVER by participating in our AWESOME Production Team show up 5:50am (doors will close for Production Team 6:05am no exceptions}
**If you qualified for the Incredible GALA DINNER you must submit proof with your name and id# and verification photo of your November Volume on www.STSMIAMI.com scroll towards the bottom of the page or click the link in the email reminder that was sent out
**VIP DINNER QUALIFIERS
You must submit your November volume photo verification Click VIP TAB on www.STSMIAMI.COM
**GALA PARTY
Open to ALL who purchased a ticket
**AGENDA
AGENDA

6:00AM Production Team & Pre Meeting

7:30 AM Speakers Meeting

8:30 AM - 9:45 AM Leadership Section (Supervisors and above)

---



# Tampa Bay STS

**November 8, 2014**

**AGENDA**
- 7am - Production Team Mtg
- 8am - Registration Opens
- 8:30am - Supervisor School
- 10am - HOM (free for guests)
- 12pm - Lunch Break
- 1pm - General Session
- 4pm - Qualification Dinner

**Location Pending**

**Purchase Tickets**
www.TampaHerbal.com
5 Pack: $100
Single Ticket: $30
Ticket at the Door: $40
Last Day to purchase online Nov. 6th

**VIP Experience**
*New Supervisors that qualified in Sept & Oct 2014
*Fully Qualified Supervisors that had over 7,500 VP in Sept & Oct 2014

MUST EMAIL VIP WINNERS BY NOV 6th VIA EMAIL:
STSTAMPABAY@GMAIL.COM

## Tommy Gioiosa
20 K Executive Presidents Team & 2 Million Lifetime Achievement

 

My name is Tommy Gioiosa, and my background is in sports and fitness. I was blessed with a talent in baseball, even becoming an All American in high school. I went to college on a baseball scholarship, and there became friends with many professional baseball players. I began to make some decisions that ultimately caused me to lose everything I had worked so hard to attain. At that time, I couldn't see a very bright future for myself. I lost my dreams. I ultimately found myself in Orlando, working for minimum wage. The day that turned my life around came while I was working out in a gym. I met Sandy, who later became my wife. She was wearing a "Lose Weight Now" button, and was so excited about Herbalife and all the possibilities it offered. She shared that I could be part of this company, and create a new life, with new goals and dreams. After trying the products for myself, I decided to share the products at work to see if I could make some extra money. Within a short time I had replaced my income from my full-time job. I began to qualify for vacations and move up the marketing plan! I decided to join Sandy and make Herbalife my main focus. This company has completely changed our lives. We enjoy a lifestyle that we never dreamed of, and have friendships with people all over the country. Most importantly, Herbalife has given us the opportunity to spend valuable time with our family and to help others do the same. There has never been a better time to be a part of this truly life-changing company!

**STS Coordinators**
Elizabeth & Yaniel Almaguer
Millionaires Team 7,500
(813)770-0779

 

"Your life does not get better by chance, it gets better by change."
- Jim Rohn

www.TampaHerbal.com

**HERBALIFE.**
*Independent Distributor*

---



**STS Tampa Bay**
Page Liked · October 6, 2014

November 8th STS!!

👍 Like  💬 Comment  ➤ Share

😊 34