

 fitgirl4

**fitgirl4** On my way to Raleigh. Grateful for the invite. Fitcamp tonight - Success Training Seminar Sat. If you are ready to learn..be inspired..transform this could be the event for you. If it can happen for me, I know it can for you.
#sts #mindbodyspirit #grateful #healthy #fitness #fitcamp #fullcircle #livealifeilove #3daytrial #girlswithmuscle #adventure #shakes #everyonewins #21dayshakechallenge #impact #herbalife #success #extraordinharry #vision

64 likes
NOVEMBER 20, 2015



 fitgirl4

**fitgirl4** Daytona STS just announced at Jacksonville STS! !! Thank you for your support. Growth for us all ♡
Www.daytonasts.com
#herbalife #success #vision #goals #action #missionofnutrition #love #powerful #community

83 likes
JUNE 18, 2016