

# MIAMI, FL
## Success Training Seminar
### May 27th 2017

**Palm Beach STS**
Page Liked · March 26 · 

👍 Like   💬 Comment   ➤ Share

**AGENDA**

6:00am Production Team & Pre-meeting.
7:30am Speakers Meeting

8:30-9:30am Leadership Section Supervisor and Above
**Doors Close at 8:20am**

10:00am HOM (free For Guest Only)

12:00pm Lunch
12:15-4:00pm Seminar (members with entry fee only)

### Special VIP Seating and Treatment
• To qualify for VIP for this STS it is 10,000 Personal Volume Points in the month of April 2017
• To SEAT VIP:
MUST SUBMIT PROOF (complete VIP qualification section on STS webpage www.stsmiami.com)
NO LATER THAN MAY 24th

 **MIAMI STS**

**NEXT EVENT**
**June 24th**

www.stsmiami.com



# Kris and Tori Bickerstaff
Executive President's Team 20K

Before Herbalife, Kris Bickerstaff was a personal trainer who found himself constantly struggling to consistently grow his business. Fortunately he stumbled across an Herbalife ad. He decided to try the products, and attended his first event where he captured the vision. Over the next eight years they had created and major impact. His wife, Tori, was bullied and full of insecurities throughout her entire life due to being overweight. After trying every diet possible out there, she started with Herbalife achieving amazing results becoming a role model for many. Today they have built an incredible business and lifestyle together. Kris and Tori both love the opportunity Herbalife has given them. They travel the world, are able to give back like they always dreamed of, and they get to raise their 4 kids being present parents!

**Venue:**
**Miami Airport Marriott Hotel**
1201 NW LeJeune Rd
Miami, FL 33126

 **MARRIOTT**

**STS Entry Fee:**
1 Ticket $30
$40 at the door (cash only)
New Members (Includes only those who registered last month or this month of the STS and it is your 1st STS) $20 cash only at registration (Must Show Proof of Registration)
**To purchase your ticket go to www.stsmiami.com**

**STS Coordinators**
Jorge De La Concepcion / Executive President's Team 60K
Alan Rodriguez / Executive President's Team 30K

Event coordinated by **HERBALIFE**
Herbalife Independent Distributors **NUTRITION**



Jim Rohn
Time is more value than money. You can get more money, but you cannot get more time.

---

# Dallas STS



## December 15th, 2012

### Featuring



**President's Team Member - 20K**
## Kris Bickerstaff

**President's Team Member - 30K**
## Tim Files

Kris Bickerstaff was a personal trainer and his wife, Andrea, worked in the medical field. When the economy worsened in 2008, so did Kris' personal training business. Both he and Andrea had to take on additional part-time jobs and their son was in day care up to 70 hours a week.

A nutrition coach wanted to partner with Kris' personal training business and encouraged Kris to try the Herbalife® products. Kris felt better and had higher energy after using the products, and decided to become an Herbalife Independent Distributor after learning more about the business opportunity. The couple's primary method of growing their Independent Distributorship was leading Weight Loss Challenges. They attended every Herbalife training event and each time brought more of their downline and prospects to the events.

Now, their lives have changed dramatically. Kris loves spending time with his family and qualifying for vacations to take them on.

Tim Files was a master personal trainer whose business was also negatively affected by the economy in 2008. He lost his new home and his car; personal training was a luxury for many during the down economy, and his dream to work for himself seemed impossible.

Tim's college roommate introduced him to the Herbalife business opportunity. Tim used the Nutrition Club model to move up the Marketing Plan.

Now, Tim has the business he's always dreamed of. "The most satisfying part about being an Herbalife Independent Distributor is watching people change their lives through health and wealth," he says. Tim encourages other Herbalife Independent Distributors to use Herbalife® products in order to grow their business. "Talk to everybody about your results, go to every Herbalife training event and coach others to do the same," he advises.

**HOTEL:**
**Sheraton Dallas Hotel**
400 North Olive Street; Dallas, Texas 75201
**Get your tickets online at www.DallasSTS.com!**