

# MIAMI, FL.
## Seminario de Entrenamiento al Exito
*Marzo 20 y 21 de 2015.*

**AGENDA**
Viernes 20 de Marzo

**1:00 pm** Coordinación, Pre-meeting y Registro.

**2:00 – 4:00 pm** TAB y EMA 2014
**4:00 – 5:00 pm** Equipo del Mundo
**5:00 – 7:00 pm** Supervisores.

Sábado 21 de Marzo
**7:00 AM** Reunion de Produccion
**8:30 AM** Pre-meeting
**9:00 AM** Sesion Especial: Escuela 500 puntos
**10:00 – 12:00 PM** H.O.M. *(Reunion de Oportunidad).*
**12:00 PM–4:00 PM** Entrenamiento General para Asociados

**CALIFICACION ESPECIAL**
Todo distribuidor para ser reconocido debe presentar impreso su volumen personal en el área de registro.

**Club 2500 P.V. / 5000 P.V. / V.I.P.**

**\*\*CENA DE CALIFICACION\*\***
Nuevos Supervisores de Febrero
Supervisor con 5000 VP o +
Tabulador con 6000 VP o +

**PROXIMOS EVENTOS**
**STS MAYO** 22 y 23



**Pensamiento**



*" El FUTURO tiene muchos nombres. Para los débiles es lo inalcanzable. Para los temerosos, lo desconocido. Para los valientes es la oportunidad."*

*(Jim Rohn)*

## Arquímedes Valencia
Equipo del Presidente Ejecutivo Mayor 20k

Arquímedes Valencia, Nacido en Colombia. Antes de Herbalife, Arquímedes era mecánico de profesión, trabajaba para arreglar carros y así ganarse la vida.
Esos duros días han pasado porque ahora en el presente, ya son más de veinticinco años trabajando a tiempo completo en Herbalife. Arquímedes es un líder de éxito en la compañía,
demostrando evolución en el mercadeo y un acentuado crecimiento personal. Disfruta de un estilo de vida maravilloso, Vive en New York y tiene negocio en varios países.
Presidente 20K , con 2 diamantes, y cuenta con 12 Presidentes en su línea descendente, gran experiencia que va a compartir con todos en Miami. Una oportunidad de escuchar una historia memorable, inspiradora y que cambiará tu negocio y tu corazón de forma poderosa.



**Lugar:**
Double Tree by Hilton Hotel Miami
Airport & Convention Center
Salon: West

**DOUBLETREE** BY HILTON

711 N.W. 72nd Avenue, Miami, Florida, 33126, USA

**Derecho de Admisión**
En Puerta $40.00 (Solo Efectivo)

**Coordinadores STS**
Fernando Prinz / Equipo del Presidente Ejecutivo

Humberto Florez (786) 897-4483
Sahira Pelaez    (786) 897-4471 Equipo del Millonario 7500

Mariangel Carrillo (786) 301-4285
Ruben Mendez    (786)663-3263 Equipo del Millonario

Evento realizado por:  **HERBALIFE.**
Asociados Independientes       Distribuidor Independiente

---



**Manuel Costa**
February 24, 2015

**Share**
 Ivonne Ramirez Mejia and 21 others
1 share

---

PROXIMO STS!
EQUIPO DE PRESIDENTES
2-DIAMANTES 20K
ARQUIMEDES VALENCIA

24 A~OS EN HERBALIFE
SEPTIEMBRE 13, 2014



**STS NEW JERSEY**
Like This Page · September 8, 2014

PREPARESEN PARA ESTE GRAN EVENTO!!!
ESTE SABADO EN EL CROWNE PLAZA HOTEL
901 SPRING ST, ELIZABETH NJ......
   Preparesen for this great event!!!
   This Saturday at Crowne Plaza hotel
   901 SPRING ST, ELIZABETH NJ......
· Rate this translation

Like   Comment   Share
12
4 shares

