

**STS Tampa Bay**
Page Liked · September 22, 2014

www.tampaherbal.com

Like   Comment   Share

15

11 shares

---



**Lori Baker**
Follow · February 15

We want everyone to come!!!

Daytona 1st weekend in March 🍀

Wear green & black, white or grey!

Message me to get on our guest list!! — 😆 feeling excited at 📍 Hampton Inn Daytona Speedway/Airport.

Like   Comment   Share

Ryan Baker, Zachary Tartol and 90 others