


**Manuel Costa**
December 13, 2014

Hola quien conoces en Los Angelos ??
Algun amigos?? Familia ??
Invitalo al ultimo evento del 2014

Intentalo ver la oportunidad una vez mas !!

Share

Juan Carlos Jimenez and 46 others






**Manuel Costa**
January 1, 2016

Share

32