

Jacksonville Marriott
4670 Salisbury Rd.
Jacksonville, FL 32256
Ph. (904) 296-2222
To purchase your tickets
www.Jacksonvillests.com

Agenda:
8:00am – 9:00am
Supervisor Training

10:00am – 12:30pm –
HOM/Product training

12:30pm – 3:30pm –
Special training with
the local President's
Team.

Jacksonville, FL STS
Saturday June 18th.
Featuring local President's Team members



15K President's Team Member
Jennifer Micheli



Executive President's Team Member's
Jenny & Mark Davis



President's Team Member
Maribel Cruz



Executive President's Team Members
Gilda & Luis Burmudez



**Jacksonville STS**
Page Liked · June 1, 2016

Don't miss the next Jacksonville STS on Saturday June 18th. featuring local President's Team Members! To purchase your ticket go to: www.jacksonvillests.com

Like   Comment   Share

3                              Top Comments

2 shares                      1 Comment





**Mark Davis**
November 8, 2016

This is going to be an amazing training, make sure you get your tickets today @
www.jacksonvillests.com — with Nancy Tartol.

Like   Comment   Share

Mark Davis, Zachary Tartol and 50 others