AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others<br><br>*Plaintiff(s)*<br><br>v.<br><br>HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alcides Mejia
10991 SW 75th Street
Miami, FL 33173

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 20, 2017

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amber Wick
1068 Emerald Bay Drive
Destin, FL 32541

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 20, 2017

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amy Hendricks
301 Madison Avenue
Mankato, MN 56001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others <br><br> *Plaintiff(s)* <br> v. <br> HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Arquimedes G. Valencia
334 Oakland Avenue
Staten Island, NY 10310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bradley Harris
5316 NW 60th St
Kansas City, MO 64151

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carol Rosenau
10090 SW 144th Street
Miami, FL 33176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Christopher Reese
4450 Longview Drive
Rocklin, CA 95677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Claudia Rausch
9320 SW 153rd Passage
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cody Morrow
12655 Rough and Ready Highway
Grass Valley, CA 95945

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 20, 2017

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel J. Waldron
1116 W. Parker Rd, Suite 380B
Plano, TX 75075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 20, 2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Danielle Edwards
601 NW 82nd Ave, Apt 509
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Debie Katz
1273 North 500 East
Leeds, UT 84746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Denis Dowdell
41 Via Athena
Aliso Viejo, CA 92656

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Disney de la Concepcion
16275 Collins Ave, Apt 1501
Sunny Isles Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 20, 2017

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   17-cv-23429-MGC |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Emma Sandoval
1212 Ramal Lane
Nipomo, CA 93444

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

JEFF RODGERS, PATRICIA RODGERS, MICHAEL )
LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, )
JENNIFER RIBALTA, IZAAR VALDEZ, FELIX )
VALDEZ, individually and on behalf of all others )

_____ )
*Plaintiff(s)* )
)
v. )          Civil Action No.  17-cv-23429-MGC
)
HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, )
INC.; HERBALIFE INTERNATIONAL OF AMERICA, )
INC., MARK ADDY, JILLIAN ADDY, DENNIS )
DOWDELL, GARRAIN S. JONES, et al. )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Enrique Carillo
1400 McKinney Street, Unit 3308
Houston, TX 77010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:          MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017
_____

*s/ Lorraine Sandelin*
_____
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fernando Rancel
9 Old North Stamford Rd, Apt 36G
Stamford, CT 06905

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 20, 2017

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gabriel Sandoval
1212 Ramal Lane
Nipomo, CA 93444

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others <br><br> *Plaintiff(s)* <br><br> v. <br><br> HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Garrain S. Jones
11354 Sunshine Terrace
Studio City, CA 91604-3125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 20, 2017

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Graeme Edwards
                                          601 NW 82nd Ave, Apt 509
                                          Plantation, FL 33324

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MARK MIGDAL & HAYDEN
                                                                 c/o Etan Mark, Esq.
                                                                 80 SW 8th Street, Suite 1999
                                                                 Miami, Florida 33130 (305) 374-0440

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

                                            *s/ Lorraine Sandelin*
                                          Deputy Clerk
                                          U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Guilermo Rausch
9320 SW 153rd Passage
Miami, FL 33196


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HERBALIFE INTERNATIONAL OF AMERICA, INC.
C/O Registered Agent COGENCY GLOBAL INC.
115 North Calhoun Street, Suite 4, Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others  *Plaintiff(s)*  v.  HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al.  *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HERBALIFE INTERNATIONAL, INC.
C/O Registered Agent COGENCY GLOBAL INC.
115 North Calhoun Street, Suite 4, Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HERBALIFE LTD.
C/O Registered Agent COGENCY GLOBAL INC.
115 North Calhoun Street, Suite 4, Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 20, 2017

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jason Wick
1068 Emerald Bay Drive
Destin, FL 32541

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jennifer Micheli
6010 Scotchwood Glen, Apt 106
Orlando, FL 32822

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others <br><br> *Plaintiff(s)* <br><br> v. <br><br> HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )      Civil Action No.   17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jenny Davis
                                 5393 Roosevelt Blvd, Suite 19
                                 Jacksonville, FL 32210

         A lawsuit has been filed against you.

         Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
                                         c/o Etan Mark, Esq.
                                         80 SW 8th Street, Suite 1999
                                         Miami, Florida 33130 (305) 374-0440

         If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jillian Addy
13071 Bluff Creek Drive
Playa Vista, CA 90094-2519

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others <br><br> *Plaintiff(s)* <br><br> v. <br><br> HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Tartol
6275 Zumirez Drive
Malibu, CA 90265

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jorge de la Concepcion
16275 Collins Ave, Apt 1501
Sunny Isles Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others <br> *Plaintiff(s)* <br> v. <br> HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kristopher Bickerstaff
2209 SW 118th Street
Oklahoma City, OK 73170

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Leslie R. Stanford
7 Cantitoe Lane
Englewood, CO 80113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 20, 2017

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  17-cv-23429-MGC |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lori Baker
4406 Plumosa Street
Spring Hill, FL 34607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Manuel Costa
1151 Lakeside Drive, Apt. 7201
Doral, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Mark Addy
13071 Bluff Creek Drive
Playa Vista, CA 90094-25198

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

_s/ Lorraine Sandelin_
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others <br> *Plaintiff(s)* <br> v. <br> HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mark Davis
5393 Roosevelt Blvd, Suite 19
Jacksonville, FL 32210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mark Matika
1136 Belfield Ave
Drexel Hill, PA 19026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michael Katz
1273 North 500 East
Leeds, UT 84746


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others <br> *Plaintiff(s)* <br><br> v. <br><br> HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Miriam Mejia
10991 SW 75th Street
Miami, FL 33173

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Paulina Riveros
15721 SW 53rd Ct
Southwest Ranches, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 20, 2017

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Paymi Romero
38209 Town Green Drive
Elmsford, NY 10523

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roger Valencia
70 SW 91st Ave Apt 203
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others<br><br>*Plaintiff(s)*<br><br>v.<br><br>HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ron Rosenau
10090 SW 144th Street
Miami, FL 33176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ryan Baker
4344 Harrington Drive
Zanesville, OH 43701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Samuel Hendricks
301 Madison Avenue
Mankato, MN 56001

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:        MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sandra Gioiosa
59 Wimbledon Ct
Ormond Beach, FL 32174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others <br> *Plaintiff(s)* <br> v. <br> HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.   17-cv-23429-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Susan Peterson
6027 Deerwood Road
Houston, TX 77057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JEFF RODGERS, PATRICIA RODGERS, MICHAEL LAVIGNE, JENNIFER LAVIGNE, CODY PYLE, JENNIFER RIBALTA, IZAAR VALDEZ, FELIX VALDEZ, individually and on behalf of all others | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| HERBALIFE, LTD.; HERBALIFE INTERNATIONAL, INC.; HERBALIFE INTERNATIONAL OF AMERICA, INC., MARK ADDY, JILLIAN ADDY, DENNIS DOWDELL, GARRAIN S. JONES, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-23429-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Thomas P. Gioiosa
59 Wimbledon Ct
Ormond Beach, FL 32174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MARK MIGDAL & HAYDEN
c/o Etan Mark, Esq.
80 SW 8th Street, Suite 1999
Miami, Florida 33130 (305) 374-0440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 20, 2017

*s/ Lorraine Sandelin*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court