UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23429-Civ-COOKE/GOODMAN

MICHAEL LAVIGNE, JENNIFER LAVIGNE,
CODY PYLE, JENNIFER RIBALTA, JEFF
RODGERS, PATRICIA RODGERS, et al.,

    Plaintiffs,

vs.

HERBALIFE, LTD., HERBALIFE
INTERNATIONAL, INC., et al.,

    Defendants.

_____/

**ORDER ON DEFENDANTS' JOINT MOTION TO STAY AND PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF CERTAIN PRETRIAL DEADLINES**

THIS MATTER is before the Court on: (1) Defendants' Joint Motion to Stay Discovery, Pretrial Disclosures, and Other Deadlines, and for Protective Order, Pending Ruling on Their Joint Motion to Compel Arbitration, and their Alternative Motion to Transfer Venue and Motion to Dismiss ("Motion to Stay") (ECF No. 65); and (2) Plaintiffs' Unopposed Motion for Extension of Certain Pretrial Deadlines ("Motion for Extension") (ECF No. 92).

The Court, being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

1. The Motion to Stay (ECF No. 65) is **GRANTED** *in part* and **DENIED** *in part*. Discovery that is not relevant to the issues framed by Defendants' Joint Motion to Compel Arbitration (ECF No. 62) is hereby stayed until the earlier of two events occurs:

    a. 60 days after the parties have fully briefed: (i) Defendants' Joint Motion to Transfer Venue to the Central District of California Pursuant to 28 U.S.C. § 1404(A) (ECF. No. 63) ("Motion to Transfer"), *and* (ii) the Individual Defendants' Motion to Dismiss (ECF No. 68), *and* (iii) Herbalife's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6)

(ECF No. 70) (together, the "Motions to Dismiss"); *or*

    b. the Court denies the Motion to Transfer *and* Motions to Dismiss.

2. Plaintiffs need not file their Responses to the Motion to Transfer and the Motions to Dismiss until the earlier of two events occurs: (i) 30 days after the Court issues an order on Defendants' Joint Motion to Compel Arbitration (ECF No. 62); *or* (ii) May 14, 2018 for Plaintiffs' Response to the Motion to Transfer, and May 21, 2018 for Plaintiffs' Response to the Motions to Dismiss. Defendants shall file their Replies 35 days after Plaintiffs' Responses have been filed and served on Defendants.

3. The Motion for Extension (ECF No. 92) is **GRANTED**. The deadline for joinder of parties and claims, and for amendment of pleadings, is extended to **June 8, 2018**.

**DONE and ORDERED** in chambers in Miami, Florida this 16th day of April 2018.

MARCIA G. COOKE
United States District Judge

Copies provided to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*