UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23429-Civ-COOKE/GOODMAN

MICHAEL LAVIGNE, JENNIFER LAVIGNE,
CODY PYLE, JENNIFER RIBALTA, JEFF
RODGERS, PATRICIA RODGERS, et al.,

Plaintiffs,

vs.

HERBALIFE, LTD., HERBALIFE
INTERNATIONAL, INC., et al.,

Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) [ECF NOS. 68, 70]**

Plaintiffs Jeff Rodgers, Patricia Rodgers, Michael LaVigne, Jen LaVigne, Izaar Valdez, Felix Valdez, Cody Pyle and Jen Ribalta ("Plaintiffs"), respectfully seek an unopposed extension of time in which to file a response in opposition to the Individual Defendants' Motion to Dismiss Plaintiffs' Complaint [ECF No. 68], and the Herbalife Defendants' (Herbalife Ltd., Herbalife International, Inc., and Herbalife International of America, Inc.) Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) [ECF No. 70], and in support state:

1. On December 22, 2017, both the Individual and Herbalife Defendants filed motions to dismiss the Complaint. *See* ECF Nos. 68, 70.

2. On April 16, 2018, the Court entered an Order on Defendants' Joint Motion to Stay and Plaintiffs' Unopposed Motion for Extension of Certain Pretrial Deadlines [ECF No. 94]. Pursuant to that Order, Plaintiffs' responses to the motions to dismiss are presently due on May 21, 2018. *See* ECF No. 94 ¶2.

3. In light of Defendants' pending motions to transfer venue and to compel arbitration, Plaintiffs believe it is appropriate to defer briefing on the motions to dismiss.

1

4. Accordingly, Plaintiffs seek an extension of time in which to respond to the pending motions to dismiss until 20 days after the motion to compel arbitration is resolved.

5. On May 4, 2018, the undersigned conferred with Defendants' counsel, Todd A. Levine, Esq., who advised that Defendants have no objection to the extension.

6. This motion is filed in good faith and not for purposes of delay, but rather in the interest of efficiency.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order extending the time in which to file responses in opposition to the motions to dismiss until 20 days after the motion to compel arbitration is resolved, and for such further relief as the Court deems just and proper.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned certifies that pursuant to S.D. Fla. Local Rule 7.1, before filing this Motion, Etan Mark, Esq., counsel for Plaintiffs, conferred with Todd A. Levine, Esq., counsel for the Herbalife Defendants, by email on May 4, 2018, and Defendants' counsel advised that Defendants do not object to the requested extension of time.

Dated: May 10, 2018

Respectfully submitted,

MARK MIGDAL & HAYDEN
80 SW 8th Street
Suite 1999
Miami, FL 33130
Telephone: 305-374-0440

By: *s/ Etan Mark*
    Etan Mark, Esq.
    Florida Bar No. 720852
    etan@markmigdal.com
    Donald J. Hayden, Esq.
    Florida Bar No. 097136
    don@markmigdal.com
    Lara O'Donnell Grillo, Esq.
    Florida Bar No. 37735
    lara@markmigdal.com
    eservice@markmigdal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all Defendants in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, by process server or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Etan Mark*
Etan Mark, Esq.

## SERVICE LIST

Steve I. Silverman, Esq.
Todd A. Levine, Esq.
Erin E. Bohannon, Esq.
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
201 South Biscayne Boulevard
Suite 2700
Miami, Florida 33131
*Co-Counsel for Herbalife Defendants*

Edward Salanga, Esq.
S. Douglas Knox, Esq.
Zachary S. Foster, Esq.
Brian A. Howie, Esq.
Michael S. Catlett, Esq.
Kevin D. Quigley, Esq.
QUARLES & BRADY, LLP
101 E. Kennedy Boulevard, Suite 3400
Tampa, Florida 33602
*Attorneys for Individual Defendants*

Mark T. Drooks, Esq.
Paul S. Chan, Esq.
Gopi K. Panchapakesan, Esq.
BIRD MARELLA
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
*Attorneys for Herbalife Defendants*

Jason Jones, Esq.
JASON JONES ATTORNEY AT LAW
1147 Hunter Ave
Columbus, OH 43201
*Co-Counsel for Plaintiff*