UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-23429-MGC

PATRICIA RODGERS, et al.,
individually and on behalf of
all others similarly situated,

    Plaintiffs,

vs.

MARK ADDY, et al.

    Defendants.

_____/

## JOINT STATUS REPORT REGARDING MEDIATION

Plaintiffs Patricia Rodgers, Cody Pyle, Jennifer Ribalta, Izaar Valdez, Felix Valdez, and Joanna Kirby and Defendants Mark Addy, Jillian Addy, Cody Morrow, Suzanne Morrow, Gabriel Sandoval, John Tartol, Leslie Stanford, Danielle Grace, Alcides Mejia Jr., Paulina Riveros, Carol Rosenau, Amber Wick, Jorge de la Concepcion, Disney Di Martinez, Ryan Baker, Daniel Waldron, Susan Peterson, Michael Katz, Alan Rodriguez, and Mary Holloway, jointly submit this status report regarding the results of the mediation, in accordance with the Court's April 30, 2021 Order (ECF No. 178).

On May 27, 2021, the parties conducted an in-person mediation before the Hon. S. James Otero (Ret.) in Los Angeles, California. All parties in this matter, as well as all parties in the related case *Lavigne, et al. v. Herbalife Ltd., et al.*, No. 2:18-cv-07480-JAK (MRWx) (C.D. Cal.) ("CA Action"), were represented by counsel at the mediation for the purpose of resolving both this action and the CA Action. No resolution was reached on May 27, although the parties are continuing mediation discussions through Judge Otero, which the parties expect may continue for several weeks.

## CONSENT OF COUNSEL

Pursuant to Rule 3J(3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel represents to the Court

QB\68606048.2

that opposing counsel has authorized his electronic signature to be affixed to this Joint Motion.

| | |
|---|---|
| */s/ Etan Mark* | */s/ Zachary S. Foster* |
| Yaniv Adar, Esq. | Zachary S. Foster, Esq. |
| Florida Bar No. 063804 | Florida Bar No. 111980 |
| yaniv@markmigdal.com | Zachary.Foster@quarles.com |
| Etan Mark, Esq. | QUARLES & BRADY, LLP |
| Florida Bar No. 720852 | 101 E. Kennedy Boulevard, Suite 3400 |
| etan@markmigdal.com | Tampa, Florida 33602 |
| eservice@markmigdal.com | Telephone: (813) 387-0300 |
| MARK MIGDAL & HAYDEN | |
| 80 SW 8th Street, Suite 1999 | Kevin D. Quigley, Esq. |
| Miami, FL 33130-3003 | Arizona Bar No. 015972 |
| Telephone: (305) 374-0440 | Admitted Pro Hac Vice |
| | Kevin.Quigley@quarles.com |
| *Counsel for Plaintiffs* | Edward Salanga, Esq. |
| | Arizona Bar No. 020654 |
| | Admitted Pro Hac Vice |
| | Edward.Salanga@quarles.com |
| | Brian A. Howie, Esq. |
| | Arizona Bar No. 026021 |
| | Admitted Pro Hac Vice |
| | Brian.Howie@quarles.com |
| | Two North Central Avenue |
| | Phoenix, AZ 85004 |
| | Telephone: (602) 229-5200 |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of June 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served via email through the CM/ECF system on:

> Yaniv Adar, Esq.
> yaniv@markmigdal.com
> Etan Mark, Esq.
> etan@markmigdal.com
> eservice@markmigdal.com
> MARK MIGDAL & HAYDEN
> 80 SW 8th Street, Suite 1999
> Miami, FL 33130-3003

*/s/ Zachary S. Foster*
Attorney
