**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:17-cv-23429-MGC**

PATRICIA RODGERS, et al.,
individually and on behalf of
all others similarly situated,

Plaintiffs,

vs.

MARK ADDY, et al.

Defendants.
_______________________________________/

**DEFENDANTS' STATUS REPORT REGARDING COMMINGLING OF HERBALIFE BUSINESS AND PERSONAL ACCOUNTS**

Pursuant to the Court's oral ruling on June 21, 2021 and the Court's order dated June 22, 2021 (ECF Doc. 194) Defendants hereby provide their status report regarding Defendants' document production obligations relating to the commingling of Herbalife business financial and accounting records with personal financial and accounting records.

**I. Defendants Who Commingled Their Herbalife Business and Personal Accounts.**

The following Defendants commingled their Herbalife business financial and accounting records with their personal financial and accounting records from 2014 through 2019: Mark Addy, Jillian Addy, Gabriel Sandoval, John Tartol, Leslie Stanford, Alcides Mejia, Jr., Paulina Riveros, Amber Wick, Ryan Baker, Susan Peterson, Michael Katz, Alan Rodriguez, Mary Holloway, and Dani Grace.

**II. Defendants Who Did Not Commingle Their Herbalife Business and Personal Accounts.**

The following Defendants did not commingle their Herbalife business financial and accounting records with their personal financial and accounting records from 2014 through 2019: Cody Morrow, Suzanne Morrow, Carol Rosenau, Jorge de la Concepcion, Disney di Martinez, and Daniel Waldron.

Date: June 28, 2021

Respectfully submitted,

**QUARLES & BRADY, LLP**
*Attorneys for Individual Defendants*
Two North Central Avenue
Phoenix, AZ 85004
Telephone: (602) 229-5200
Facsimile: (602) 229-5690

By: */s/ Zachary S. Foster*
**ZACHARY S. FOSTER**
Florida Bar No. 111980
Zachary.Foster@quarles.com

**KEVIN D. QUIGLEY**
Arizona Bar No. 015972
*Admitted Pro Hac Vice*
Kevin.Quigley@quarles.com

**EDWARD SALANGA**
Arizona Bar No. 020654
*Admitted Pro Hac Vice*
Edward.Salanga@quarles.com

**BRIAN A. HOWIE**
Arizona Bar No. 026021
*Admitted Pro Hac Vice*
Brian.Howie@quarles.com

**QUARLES & BRADY, LLP**
*Attorneys for Individual Defendants*
101 E. Kennedy Boulevard, Suite 3400
Tampa, FL 33602
Telephone: (813) 387-0300
Facsimile: (813) 387-1800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendants' Status Report Regarding Commingling of Herbalife Business and Personal Accounts was served electronically using the CM/ECF system, on June 28, 2021, on all counsel or parties of record on the service list.

**SERVICE LIST**

Etan Mark, Esq.
Yaniv Adar, Esq.
Niki Namazi, Esq.
*Attorneys for Plaintiffs*
MARK MIGDAL & HAYDEN
80 S.W. 8th
Street, Suite 1999
Miami, Florida 33130
etan@markmigdal.com
yaniv@markmigdal.com
niki@markmigdal.com
eservice@markmigdal.com

AND

Jason Jones, Esq.
Ohio Bar No. 0095384
jason@jonesatlaw.com

*/s/ Zachary S. Foster*
Attorney