UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-23429-MGC

PATRICIA RODGERS, et al.,
individually and on behalf of
all others similarly situated,

    Plaintiffs,

vs.

MARK ADDY, et al.

    Defendants.
_____/

**DEFENDANTS' STATUS REPORT REGARDING PRODUCTION OF RECORDS SUBMITTED TO ACCOUNTANTS**

Pursuant to the Court's oral ruling on June 21, 2021 and the Court's order dated June 22, 2021 (ECF Doc. 194) Defendants Daniel Waldron, Cody Morrow, Suzanne Morrow, Jorge de la Concepcion, Disney di Martinez, and Carol Rosenau (collectively "Defendants") hereby provide their status report regarding Defendants' production of the records submitted to their accountants.

Defendants are still in the process of determining which records they maintained, if any, and which records they provided to their accountants for the purpose of calculating their profit and loss statements for the years 2014 through 2019.

Date: July 6, 2021

Respectfully submitted,

**QUARLES & BRADY, LLP**
*Attorneys for Individual Defendants*
Two North Central Avenue
Phoenix, AZ 85004
Telephone: (602) 229-5200
Facsimile: (602) 229-5690

By: */s/ Zachary S. Foster*
**ZACHARY S. FOSTER**
Florida Bar No. 111980
Zachary.Foster@quarles.com

**KEVIN D. QUIGLEY**
Arizona Bar No. 015972
*Admitted Pro Hac Vice*
Kevin.Quigley@quarles.com

**EDWARD SALANGA**
Arizona Bar No. 020654
*Admitted Pro Hac Vice*
Edward.Salanga@quarles.com

**BRIAN A. HOWIE**
Arizona Bar No. 026021
*Admitted Pro Hac Vice*
Brian.Howie@quarles.com

**QUARLES & BRADY, LLP**
*Attorneys for Individual Defendants*
101 E. Kennedy Boulevard, Suite 3400
Tampa, FL  33602
Telephone:  (813) 387-0300
Facsimile:  (813) 387-1800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendants' Status Report Regarding Production of Records Submitted to Accountants was served electronically using the CM/ECF system, on July 6, 2021, on all counsel or parties of record on the service list.

## SERVICE LIST

Etan Mark, Esq.
Yaniv Adar, Esq.
Niki Namazi, Esq.
*Attorneys for Plaintiffs*
MARK MIGDAL & HAYDEN
80 S.W. 8th
Street, Suite 1999
Miami, Florida 33130
etan@markmigdal.com
yaniv@markmigdal.com
niki@markmigdal.com
eservice@markmigdal.com

AND

Jason Jones, Esq.
Ohio Bar No. 0095384
jason@jonesatlaw.com

/s/ Zachary S. Foster
Attorney