UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-23429-Civ-COOKE/GOODMAN

PATRICIA RODGERS, CODY PYLE,
JENNIFER RIBALTA, IZAAR VALDEZ,
FELIX VALDEZ, JOANNA KIRBY, on
behalf of themselves and all others similarly
situated,

    Plaintiffs,

v.

MARK ADDY, JILLIAN ADDY,
CODY MORROW, SUZANNE MORROW,
GABRIEL SANDOVAL, JOHN TARTOL,
LESLIE STANFORD, DANIELLE
GRACE, ALCIDES MEJIA JR., PAULINA
RIVEROS, CAROL ROSENAU, AMBER
WICK, JORGE DE LA CONCEPCIÓN,
DISNEY DI MARTINEZ, RYAN BAKER,
DANIEL WALDRON, SUSAN
PETERSON, MICHAEL KATZ, ALAN
RODRIGUEZ, and MARY HOLLOWAY.

    Defendants.
_____/

## PLAINTIFF FELIX VALDEZ'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF FELIX VALDEZ *ONLY*

Plaintiff Felix Valdez, by and through his undersigned counsel, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims asserted in this action against Defendants **as to Plaintiff Felix Valdez *only***. This dismissal only pertains to Plaintiff Felix Valdez's claims and does not effect the claims of Plaintiffs Patricia Rodgers, Cody Pyle, Jennifer Ribalta, Izaar Valdez, or Joanna Kirby.

DATED:  August 10, 2021                                          Respectfully submitted,

                  MARK MIGDAL & HAYDEN
                  80 S.W. 8th Street, Suite 1999
                  Miami, Florida 33130

                  By: *s/ Yaniv Adar*
                   Etan Mark, Esq.
                   Florida Bar No. 720852
                   etan@markmigdal.com
                   Yaniv Adar, Esq.
                   Florida Bar No. 63804
                   yaniv@markmigdal.com
                   Niki Namazi, Esq.
                   Florida Bar No. 1018346
                   niki@markmigdal.com
                   eservice@markmigdal.com

                  AND

                  Jason Jones, Esq.
                  Ohio Bar No. 0095384
                  Jason@joneslaw.com

                  *Attorneys of Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                  By: *s/ Yaniv Adar*
                    Yaniv Adar, Esq.

2