UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-23429-MGC

PATRICIA RODGERS, et al.,
individually and on behalf of
all others similarly situated,

    Plaintiffs,

vs.

MARK ADDY, et al.

    Defendants.
_____/

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiffs Patricia Rodgers, Cody Pyle, Jennifer Ribalta, Izaar Valdez, and Joanna Kirby and Defendants Mark Addy, Jillian Addy, Cody Morrow, Suzanne Morrow, Gabriel Sandoval, John Tartol, Leslie Stanford, Danielle Grace, Alcides Mejia Jr., Paulina Riveros, Carol Rosenau, Amber Wick, Jorge de la Concepcion, Disney Di Martinez, Ryan Baker, Daniel Waldron, Susan Peterson, Michael Katz, Alan Rodriguez, and Mary Holloway, jointly request that the Court extend deadline for Plaintiffs to file their Second Amended Complaint.

1. On September 27, 2021, the Court entered an Order Granting in Part Motion to Dismiss; granting Plaintiffs leave to file a Second Amended Complaint. ECF No. 222.

2. On October 26, 2021, the Court granted the Parties' Joint Motion to extend the deadline for Plaintiffs to file their Second Amended Complaint, in order to provide the Parties with time to engage in settlement discussions facilitated by the Hon. S. James Otero (ret.) to resolve both this matter and the related matter pending in the Central District of California (*Lavigne v. Herbalife Ltd.*, Case No. 2:18-cv-07480-JAK (MRWx) (the "California Action") The current deadline to file a Second Amended Complaint is December 10, 2021. *See* ECF No. 232.

3. The Parties in the California Action have made significant progress. The California Action and the instant action were originally brought as a single action and involve the same claims, regarding the same conduct, brought by many of the same named plaintiffs and on behalf of the same putative class. The Parties anticipate that upon final approval by the court of the settlement in that action, plaintiffs will voluntarily dismiss this action.

4. To allow the parties to focus on these settlement discussions, and mindful of the upcoming holidays, the parties respectfully request Plaintiffs be given through January 7, 2022 to file their Second Amended Complaint.

/s/ Etan Mark
Yaniv Adar, Esq.
Florida Bar No. 063804
yaniv@markmigdal.com
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
eservice@markmigdal.com
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, FL 33130-3003
Telephone: (305) 374-0440

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of December 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served via email through the CM/ECF system.

/s/ Yaniv Adar
Attorney