UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-23429-COOKE/GOODMAN

PATRICIA RODGERS, *et. al.*, individually
and on behalf of all others similarly situated,

Plaintiffs,

vs.

MARK ADDY, *et. al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO STAY

THIS MATTER comes before me on the parties' joint motion to stay this action, ECF No. 235. The parties have requested a stay of this action, pending final approval of a class-wide settlement of the related class action pending in the Central District of California, *Lavigne v. Herbalife Ltd.*, Case No. 2:18-cv-07480-JAK ("the California action"). The parties state that they have reached a settlement in principle, and will shortly be moving for preliminary approval of a class action settlement. The Court hereby **ORDERS and ADJUDGES** as follows:

1. The Court **GRANTS** the motion to stay, and **STAYS** this action pending settlement in the California action. The Clerk shall administratively **CLOSE** this case.

2. Within 30 days of approval of the class action settlement, the parties shall file a joint status report advising the Court as to how the parties plan to proceed, including whether they intend to dismiss this action.

**DONE and ORDERED** in chambers at Miami, Florida, this 5th day of January 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*